Steven N.H. Wood, Esq. (CA SBN 161291)
BERGQUIST, WOOD, MCINTOSH & SETO, LLP
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (925) 938-6100
Facsimile: (925) 938-4354

Attorneys for Petitioner RANDOLPH FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In the Matter of the FONG FAMILY LIVING TRUST dated June 15, 1993 | Case No. CV-03021 EDL |
|---|---|
| RANDOLPH FONG, Beneficiary,<br><br>Petitioner,<br><br>vs.<br><br>PATRICIA BEEHLER, as Co-Trustee and individually; and ROBERT FONG, as Co-Trustee and individually,<br><br>Respondents. | **STIPULATION AND ORDER TO CONTINUE MOTION TO REMAND AND MOTION TO DISMISS** AS MODIFIED<br><br>Motion to Remand:<br>Date: August 27, 2013<br>Time: 9:00 a.m.<br>Courtroom: Courtroom E – 15th Floor<br>Judge: Honorable Elizabeth D. Laporte<br><br>Motion to Dismiss:<br>Date: September 3, 2013<br>Time: 2:00 p.m.<br>Courtroom: Courtroom E – 15th Floor<br>Judge: Honorable Elizabeth D. Laporte |

THE PARTIES HEREBY STIPULATE AND REQUEST THE COURT TO ORDER AS FOLLOWS:

1. Upon Respondents' request, due to a preplanned vacation of counsel for Respondents, the parties stipulate to continue the hearing on Petitioner's Motion to Remand from August 27, 2013 **to September 3, 2013 at 2:00 PM**. (Opposition was filed August 5, 2013 and Reply is still due August 12, 2013.)

2. Upon Petitioner's request, since the Motion to Remand may render the Motion to Dismiss moot, the parties stipulate to: (a) **extend Petitioner's deadline to respond to Respondents' Motion to Dismiss until September 17, 2013, two weeks after the hearing on the Motion to Remand,** and (b) **continue the hearing date on the Motion to Dismiss until October 8, 2013 at** ~~2:00 PM~~ 9:00 a.m., **three weeks thereafter.**

Dated: August 8, 2013    BERGQUIST, WOOD, McINTOSH & SETO, LLP

_____
Steven N.H. Wood, Esq.
Attorneys for Petitioner RANDOLPH FONG

Dated: August 8, 2013    BRILLANT LAW FIRM

_____
David Brillant, Esq.
Attorneys for Respondents PATRICIA BEEHLER and ROBERT FONG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 9, 2013

_____
HON. ELIZABETH LAPORTE

STIPULATION AND ORDER TO CONTINUE
MOTION TO REMAND AND MOTION TO DISMISS        2