Steven N.H. Wood, Esq. (CA SBN 161291)
**BERGQUIST, WOOD, MCINTOSH & SETO, LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA  94596
Telephone:     (925) 938-6100
Facsimile:     (925) 938-4354
Email:         wood@wcjuris.com

Attorneys for Petitioner RANDOLPH FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the FONG FAMILY LIVING TRUST dated June 15, 1993 | Case No. C13-03021 EDL |
| | **NOTICE OF MOTION FOR FEES FOR REMAND [28 U.S.C. § 1447(c)]; MEMORANDUM OF POINTS & AUTHORITIES; REQUEST FOR JUDICIAL NOTICE** |
| RANDOLPH FONG, Beneficiary, | |
| Petitioner, | |
| vs. | Date:        October 29, 2013 |
| | Time:        9:00 a.m. |
| PATRICIA BEEHLER, as Co-Trustee and individually; and ROBERT FONG, as Co-Trustee and individually, | Courtroom:   Courtroom E – 15th Floor |
| | Judge:       Honorable Elizabeth D. Laporte |
| Respondents. | |

## TABLE OF CONTENTS

NOTICE OF MOTION FOR FEES FOLLOWING REMAND ................................................3

MEMORANDUM OF POINTS & AUTHORITIES ..........................................................3

I.  INTRODUCTION ...............................................................................................3

II.  ISSUE TO BE DECIDED ...................................................................................4

III.  FACTS ................................................................................................................4

IV.  ARGUMENT ......................................................................................................4

    A.  The Court may require payment of attorney fees incurred as a result of a
        wrongful removal..............................................................................................4

    B.  This Court found that Respondent PATRICIA BEEHLER's removal lacked any
        objectively reasonable basis..............................................................................5

    C.  The Court should require Respondent PATRICIA BEEHLER to pay all of
        Respondent's fees as just costs incurred as a result of her objectively
        unreasonable removal. ......................................................................................6

    D.  The just costs incurred by Petitioner as a result of this wrongful remand include
        Petitioner's fees totaling $31,335. ..................................................................6

V.  CONCLUSION ...................................................................................................7

REQUEST FOR JUDICIAL NOTICE .............................................................................7

## TABLE OF AUTHORITIES

**Cases**

*Davis v. Veslan Enterprises*, 765 F.2d 494 (5th Cir. 1985)...........................................5

*Roadway Express, Inc. v. Piper*, 447 U.S. 752 (1980)....................................................4

*Standridge v. Wal–Mart Stores, Inc.,* 945 F.Supp. 252 (N.D.GA 1996) ......................5

**Statutes**

28 U.S.C. § 1447 ..........................................................................................................4, 6

**Other Authorities**

Schwarzer et al., *Rutter Group Cal. Prac. Guide Fed. Civ. Pro. Before Trial* ................5

## NOTICE OF MOTION FOR FEES FOLLOWING REMAND

YOU ARE HEREBY NOTIFIED THAT on **October 29, 2013, at 9:00.m., at 450 Golden Gate Avenue, San Francisco, CA 94102 in Courtroom E – 15th floor**, Petitioner RANDOLPH FONG will move for an order ordering Respondent PATRICIA BEEHLER to pay Petitioner RANDOLPH FONG the sum of $31,335.00 for attorney fees incurred as a result of the wrongful removal.

The motion will be based on the grounds that this Court found that there was no objectively reasonable basis for Respondent BEEHLER's removal and the fees are just costs incurred as a result of the removal.

The motion will be based upon this notice, the below points & authorities and request for judicial notice, the Declaration of Steven N. H. Wood filed herewith, and such evidence and argument as may be presented at the hearing on the motion.

## MEMORANDUM OF POINTS & AUTHORITIES

### I.   INTRODUCTION

Respondent PATRICIA BEEHLER removed this case to federal court without any objectively reasonable basis after 20 months of litigation before a state probate court on the eve of possible major unfavorable rulings.  It was eleventh-hour forum shopping after disqualification of prior counsel.  Respondent wrongfully made a federal case out of this, forcing Petitioner RANDOLPH FONG to incur significant fees to send it back to state probate court where it belongs.

Pursuant to 28 U.S.C. § 1447(c), Petitioner asks this Court to order BEEHLER to reimburse him for all just costs BEEHLER caused him to incur with this removal, which include his attorney's fees totaling $31,335.00.  Petitioner submits all relevant attorney billing records to substantiate that request.

BERGQUIST WOOD
McINTOSH SETO LLP

## II.    ISSUE TO BE DECIDED

1. What fees should be awarded to Petitioner RANDOLPH FONG for Respondent PATRICIA BEEHLER's objectively unreasonable removal to federal court?

## III.    FACTS

Respondent BEEHLER removed FONG's Second Amended Petition from the California Superior Court in and for Alameda County (Probate Division) by filing the Notice of Removal filed herein on July 1, 2013.

This Court found by Order filed on September 16, 2013 that BEEHLER's removal lacked an objectively reasonable basis and ordered the case remanded to the Alameda Superior Court. (Dkt. 20.)

This Court denied Petitioner FONG's request for fees as part of his motion to Remand without prejudice because Petitioner did not submit billing records in support.  (Dkt. 20, Order p.8:11-16.)

Petitioner does so now and submits contemporaneous time records.  (Declaration of Steven N. H. Wood, filed and served concurrently herewith.)   Those records show that Petitioner has incurred and will incur approximately $31,335.00 in attorney fees as a result of the improper removal.  (Wood Decl. and supporting exhibits.)

## IV.    ARGUMENT

**A. The Court may require payment of attorney fees incurred as a result of a wrongful removal.**

"An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal."  28 U.S.C. § 1447(c).

Federal courts also have authority under FRCP 11 and inherent equitable power to assess attorney fees as sanctions against a party whose litigation conduct is found to be "vexatious" or in "bad faith."  *See Roadway Express, Inc. v. Piper*, 447 U.S. 752, 766-767 (1980) (fee award can be proper for bad faith).  Under FRCP 11, the attorney's signature on the removal notice constitutes a "certificate" that "to the best of person's knowledge, information, and belief formed after an

BERGQUIST WOOD
McINTOSH SETO LLP

1  inquiry reasonable under the circumstances" the matters stated therein are supportable in fact and

2  law. *Standridge v. Wal–Mart Stores, Inc.*, 945 F.Supp. 252, 254 (N.D.Ga 1996) (removal notice

3  subject to FRCP 11 standards). Thus, an attorney is subject to sanctions for removing an action to

4  federal court without an objectively reasonable basis for doing so. *Ibid.;* 28 U.S.C. § 1446(a);

5  *McKinney v. Board of Trustees of Maryland Comm. College*, 955 F.2d 924, 928 (4th Cir. 1992)

6  (sanctions possible for improper removal); *see also* Schwarzer, et al., *Rutter Group Cal. Prac.*

7  *Guide: Fed. Civ. Pro. Before Trial* § 2:3400, 2:3826 (The Rutter Group 2013).

8      A plainly untimely removal notice can be grounds for payment of the other side's

9  attorney's fees as sanctions. *See Davis v. Veslan Enterprises*, 765 F.2d 494, 497 (5th Cir. 1985)

10  (sanctions of $5,855 for attorney's fees and $32,988.99 for lost interest were proper to remedy

11  defendants' removal filed one day before hearing on plaintiff's motion for judgment).

### B. This Court found that Respondent PATRICIA BEEHLER's removal lacked any objectively reasonable basis.

15      There was no objectively reasonable basis for Respondent BEEHLER's removal of this

16  case to federal court. There was no diversity (or other) jurisdiction and the removal was clearly

17  untimely. Respondents submitted to the jurisdiction of the state probate court and litigated in it

18  extensively until recently when their prior counsel was disqualified and they faced potentially

19  damaging orders at an upcoming hearing. They then turned to forum-shopping and judge-

20  shopping with their objectively unreasonable eleventh-hour removal.

21      In its September 16, 2013 Order, this Court found that Respondent BEEHLER removed

22  this case to federal court without any objectively reasonable basis. The Court denied Petitioner

23  FONG's request for fees without prejudice, however, because Petitioner did not submit billing

24  records to substantiate his fee request and to show that the fees incurred related to Respondent

25  BEEHLER's removal. (Dkt. 20, Order p. 8:11-16.) Petitioner does so now.

26

27

28

BERGQUIST WOOD McINTOSH SETO LLP

**C. The Court should require Respondent PATRICIA BEEHLER to pay all of Respondent's fees as just costs incurred as a result of her objectively unreasonable removal.**

Respondent PATRICIA removed this case on the ground of diversity, but lacked diversity, and did not remove the case until after nearly 20 months of probate court litigation: after engaging in discovery and several law and motion and probate hearing matters; after the state probate court disqualified Respondents' prior attorney; and (like in *Davis, supra*) on the verge of a potentially damaging hearing regarding a further accounting and possible suspension as trustee and appointment of an interim trustee.

Respondent made a federal case out of this family trust dispute with no objectively reasonable grounds for doing so. This case came to federal court only because of Respondent's gamesmanship tactics and misunderstanding of diversity. As was made clear by the removal, the opposition briefing, and the arguments at court, Respondent BEEHLER does not understand diversity jurisdiction. Respondent should bear the burden of her own errors – not Petitioner. But until this Court remedies that wasteful misunderstanding by ordering the payment of fees for this expensive and needless detour to federal court, he will be so punished. The removal statute (28 U.S.C. § 1447(c)) provides authority to remedy the expense of this frivolous eleventh-hour attempt to escape the forum where this family trust dispute belongs. Petitioner respectfully requests this Court to do so.

Respondent had no objectively reasonable basis for this removal, and Petitioner respectfully respects an award of $31,335.00 for his attorney fees incurred as a result, and submits contemporaneous time statements to support that request.

**D. The just costs incurred by Petitioner as a result of this wrongful remand include Petitioner's fees totaling $31,335.**

As detailed and summarized in the Declaration of Wood and its attached billing statements (filed concurrently herewith), Petitioner has incurred $23,545 in fees to address the removal and remand, $2,030 to address the motion to dismiss subsequently made moot by the remand, and $2,760 (to date) for this instant fees motion, for a total of $28,335 in expenses to date caused by Respondent BEEHLER's wrongful removal to federal court:

| Work Category | Hours | Fees |
|---|---|---|
| 1. Removal/Remand | 72.8 | $23,545.00 |
| 2. Motion to Dismiss | 6.3 | $2,030.00 |
| 3. Motion for Fees (to date) | 8.8 | $2,760.00 |
| **Total** | **87.6** | **$28,335.00** |

Taken together with the $3,000 more expected through the conclusion of this motion, Petitioner FONG will incur $31,335.00 as a result of Respondent BEEHLER's wrongful removal.

## V.    CONCLUSION

For all the foregoing reasons, the Court should grant the motion and order Respondent BEEHLER to pay Petitioner FONG the sum of $31,335 for just costs including attorney's fees incurred relating to BEEHLER's removal, or an alternative sum in the Court's sound discretion. Respectfully submitted,

Dated: September 21, 2013            BERGQUIST, WOOD, McINTOSH & SETO, LLP

/s/

_____
Steven N.H. Wood, Esq.
Attorneys for Petitioner RANDOLPH FONG

## REQUEST FOR JUDICIAL NOTICE

Petitioner RANDOLPH FONG, by and through his attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following facts or documents:

1. The Court's September 16, 2013 Order remanding this case to the Alameda County Superior Court (Dkt. 20), and its ruling that the removal lacked any objectively reasonable basis based on lack of diversity and untimeliness.

Respectfully submitted,

Dated: September 21, 2013            BERGQUIST, WOOD, McINTOSH & SETO, LLP

/s/

_____
Steven N.H. Wood, Esq.
Attorneys for Petitioner RANDOLPH FONG

Steven N.H. Wood, Esq. (CA SBN 161291)
**BERGQUIST, WOOD, MCINTOSH & SETO, LLP**
1470 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone:    (925) 938-6100
Facsimile:    (925) 938-4354
Email:        wood@wcjuris.com

Attorneys for Petitioner RANDOLPH FONG

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the FONG FAMILY LIVING TRUST dated June 15, 1993 | Case No. C13-03021 EDL |
| RANDOLPH FONG, Beneficiary, | **DECLARATION OF STEVEN N.H. WOOD IN SUPPORT OF MOTION FOR FEES FOR REMAND** |
| Petitioner, | Date:        October 29, 2013 |
| vs. | Time:        9:00 a.m. |
| PATRICIA BEEHLER, as Co-Trustee and individually; and ROBERT FONG, as Co-Trustee and individually, | Courtroom:   Courtroom E – 15th Floor |
| Respondents. | Judge:       Honorable Elizabeth D. Laporte |

I, Steven N.H. Wood, declare as follows:

1.    I am an attorney duly licensed and authorized to practice law in all of the courts of the State of California and in the United States District Court for the Northern District of California, and am a partner with the law firm of Bergquist, Wood, McIntosh & Seto, LLP, attorneys of record for Petitioner RANDOLPH FONG herein.

2.    Attached hereto as **Exhibit A** are true and correct copies (with limited redactions) of my contemporaneous hourly billing statements showing fees incurred as a result of Respondent PATRICIA BEEHLER's removal of this case, including all our time spent to address the removal and secure a remand.  These statements show the three general categories of work that were

caused by Respondent's removal: **first**, the removal itself and remand (including reviewing/analyzing the removal, legal research to determine grounds for remand, preparing the motion for remand and supporting declaration, revising the pleadings and declaration, preparing exhibits, finalizing the motion, reviewing and analyzing the opposition briefing, preparing a reply brief, and attending the hearing); **second**, Respondent's Motion to Dismiss, including emails about that motion, work to continue that hearing because it would be made moot by a successful motion to remand, and a brief opposition pending a final ruling on the motion to remand; and **third**, the instant motion for attorney's fees, including estimated time for responding to an opposition and preparing a reply, and attending the hearing. These work categories are denoted on the billing statements by "1," "2," and "3," as applicable. Also, where applicable, time has been deducted for State-court-related work, as shown.

3. Attached hereto as **Exhibit B,** for the Court's convenience, is an itemized extraction and categorized summary of the applicable portions of our contemporaneous hourly billing statements, excluding state court work and isolating the the specific fees, and sorted with totals by (B-1) chronological entries, (B-2) work category, and (B-3) attorney. The totals by category (Exhibit B-2) are as follows:

| Work Category | Hours | Fees |
|---|---|---|
| 1. Removal/Remand | 72.8 | $23,545.00 |
| 2. Motion to Dismiss | 6.3 | $2,030.00 |
| 3. Motion for Fees (to date) | 8.8 | $2,760.00 |
| **Total** | **87.6** | **$28,335.00** |

4. I have been practicing law in California for over 20 years, a substantial portion of which has been devoted to estate planning and trust/estate litigation. My standard billable rate of $350 per hour is consistent with comparable prevailing hourly rates in the community and I believe it is a fair and reasonable rate for the services rendered in this case.

5. My contract associate attorney Christopher Schweickert has been practicing law in California for 10 years, a substantial portion of which has been devoted to trust/estate litigation.

His standard billable rate of $300 per hour is consistent with comparable prevailing hourly rates in the community and I believe it is a fair and reasonable rate for the services rendered in this case.

6. As shown on the attached statements, I spent 41.1 hours to date as a result of the removal/remand, the motion to dismiss subsequently rendered moot by remand, and this motion for fees, which totals $14,385.00 at my normal billable rate. (See **Exhibit B-3**.)

7. As shown on the attached statements, on information and belief Christopher Schweickert spent 46.5 hours researching and preparing the motion to remand and addressing the now-moot motion to dismiss and this motion for fees, which totals $13,950.00 at his normal billable rate. (See **Exhibit B-3.**)

8. Therefore, as result of the removal, in having to respond thereto including meeting court requirements and researching and preparing the motion to remand, Petitioner FONG has incurred attorney fees of $28,335.00.

9. In addition, I expect to spend another 3.0 hours analyzing the opposition papers and preparing a reply, and 3.0 hours attending the hearing, for a total of 6.0 more hours, or $2,100.00 at my normal billable rate. I also expect Christopher Schweickert to spend another 3.0 hours addressing the opposition and reply, for a total of $900.00 at his normal billable rate, or a total of $3,000.00 more for the rest of this motion for fees.

10. Therefore, as a result of the removal, including the motion to remand and this motion for fees, Petitioner FONG will incur total attorney fees of approximately $31,335.00.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and based upon my personal knowledge, except for those matters stated on information and belief and I believe those are true.

/s/

Dated: September 21, 2013 _____

Steven N.H. Wood

9/20/2013                         BERGQUIST, WOOD, McINTOSH & SETO, LLP
1:14 PM                                          Slip Listing                                      Page      1

---

### Selection Criteria

| | |
|---|---|
| Acti.Selection | Include: Legal Services |
| Slip.Date | 7/8/2013 - Latest |
| Time.Selection | Include: CJS; SNHW |
| Clie.Selection | Include: Fong/Trust |
| Clie.Selection | Include: Fong/Trust |
| Slip.Classification | Open |
| Clie.Selection | Include: Fong/Trust |

*[Handwritten note, right side:]*
wank categories
① Removal /Remand
② Mtn· Dismiss
③ Mtn· Fees

---

Rate Info - identifies rate source and level

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 25365<br>7/8/2013<br>Billed | TIME<br><br>G:21844 | SNHW<br>Legal Services<br>8/5/2013 Fong/Trust | 2.30<br>0.00<br>0.00 | 350.00<br>T@3 | 805.00 |
| ~~Receive email from Brillant agreeing to accept service for Pat but not Bob; email to Brillant regarding same;~~ email to Randy regarding same and notice of removal to federal court and need for legal research from Attorney Schweickert regarding fighting removal; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; email from US District Court regarding filing of Removal by Brillant and Court's Order regarding Case Management Conference and ADR, forward all to Randy via email with recommendation to fight removal; telephone call from Randy regarding removal and strategies to attack; email to Randy confirming plan to attack removal; email to Attorney Schweickert regarding grounds for removal; ▓▓▓▓▓▓▓▓▓ | | | | | |
| 25376<br>7/9/2013<br>Billed | TIME<br><br>G:21844 | SNHW<br>Legal Services<br>8/5/2013 Fong/Trust | 0.50<br>0.00<br>0.00 | 350.00<br>T@3 | 175.00 |
| Email from and email to Attorney Schweickert regarding Motion to Remand; telephone call from Attorney Schweickert regarding Motion to Remand and allocation of tasks. | | | | | |
| 25398<br>7/9/2013<br>Billed | TIME<br><br>G:21844 | CJS<br>Legal Services<br>8/5/2013 Fong/Trust | 0.30<br>0.00<br>0.00 | 300.00<br>T@3 | 90.00 |
| Emails and confer with Attorney Wood to strategize motion to remand (understand background facts; identify grounds to remand; strategize arguments). | | | | | |
| 25383<br>7/10/2013<br>Billed | TIME<br><br>G:21844 | SNHW<br>Legal Services<br>8/5/2013 Fong/Trust | 1.30<br>0.00<br>0.00 | 350.00<br>T@3 | 455.00 |
| Gather State court pleadings to prepare Declaration for Motion to Remand; ▓▓▓▓▓▓▓▓▓▓▓▓ | | | | | |

Category, State ① State ① ① ① ①

*[Handwritten in Units column:]* −0·2   −0·2

*[Bottom right, red text:]* Exhibit A-01

9/20/2013                    BERGQUIST, WOOD, McINTOSH & SETO, LLP
1:14 PM                              Slip Listing                                    Page    2

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | Variance | | |

; conference with Attorney
Schweickert regarding Motion to Remand strategy;
prepare Exhibits for Motion to Remand.

| 25399 | TIME | CJS | 0.80 | 300.00 | 240.00 |
|---|---|---|---|---|---|
| 7/10/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |

Prepare motion to remand (confer with Attorney                      0.00
Wood to identify and formulate key evidence and
exhibits to present via declaration and strategize
grounds for remand and points & authorities).

| 25387 | TIME | SNHW | 0.70 | 350.00 | 245.00 |
|---|---|---|---|---|---|
| 7/11/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |

Email from Brillant regarding responsive pleading                   0.00
stipulation; email to Brillant regarding same;

; receive notice from
Brillant regarding federal court via email; forward
same to Randy.

| 25392 | TIME | SNHW | 2.40 | 350.00 | 840.00 |
|---|---|---|---|---|---|
| 7/12/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |

Begin to prepare Declaration in Support of Motion for               0.00
Remand with Exhibits and background facts;
message from Brillant regarding Stipulation; review
and sign Stipulation regarding time to respond and
return to Brillant;
email to Attorney Schweickert
with draft Declaration of Wood in Support of Motion
for Remand.

| 25400 | TIME | CJS | 0.50 | 300.00 | 150.00 |
|---|---|---|---|---|---|
| 7/12/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |

Research FRCP 15, 28 USC 1447, and Rutter CA                        0.00
Fed Civ Pro to determine effect of extension on
remand motion; emails with Attorney Wood about
same and attorney's fees request in motion.

| 25401 | TIME | CJS | 0.60 | 300.00 | 180.00 |
|---|---|---|---|---|---|
| 7/13/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |

Continue to prepare motion to remand (prepare                       0.00
introduction and arguments).

| 25403 | TIME | CJS | 3.40 | 300.00 | 1020.00 |
|---|---|---|---|---|---|
| 7/14/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |

Research and analyze grounds for remand in Rutter                   0.00
CA Fed Civ Pro; prepare arguments (untimely
removal, local defendant, diversity of citizenship,
probate abstention) and draft points & authorities;

<span style="color:red">Exhibit A-02</span>

9/20/2013                    BERGQUIST, WOOD, McINTOSH & SETO, LLP
1:14 PM                                  Slip Listing                                            Page      3

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | Variance | | |

email to Attorney Wood about same.

| 25408 | TIME | SNHW | 0.30 | 350.00 | 105.00 |
|---|---|---|---|---|---|
| 7/15/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |

Email from USDC with filed Stipulation regarding Response deadline; email from and email to Attorney Schweickert regarding jury demand; email from Attorney Schweickert with draft Motion for Remand.

| 25404 | TIME | CJS | 2.80 | 300.00 | 840.00 |
|---|---|---|---|---|---|
| 7/15/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |

Further research grounds for remand and prepare arguments (burden of proof on respondents to prove proper removal; 28 USC 1332, 1441, 1442, 1447 on removal/diversity/procedural defects; attorney's fees request; untimely removal; decedent's state as administrator's; federal abstention under probate exception); confer with Attorney Wood to strategize arguments.

| 25410 | TIME | SNHW | 3.30 | 350.00 | 1155.00 |
|---|---|---|---|---|---|
| 7/16/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |

Email from Attorney Schweickert with draft 2 Motion to Remand and further points to address; ███████████ ████████████████████████████████████████ ███████████████████████████████ email from USDC with Joinder by Cindy; further revise Declaration to include residences for parties, and Cindy's joinder and email to Attorney Schweickert with same; email to Attorney Schweickert regarding Motion for Remand.

| 25414 | TIME | CJS | 0.20 | 300.00 | 60.00 |
|---|---|---|---|---|---|
| 7/16/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |

Further prepare arguments (confer with Attorney Wood to analyze effect of Cynthia's joinder on diversity jurisdiction and refine arguments about local defendant, untimely removal, and probate exception abstention).

| 25415 | TIME | CJS | 5.70 | 300.00 | 1710.00 |
|---|---|---|---|---|---|
| 7/17/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |

Further prepare motion to remand (revise/refine arguments on diversity, untimely removal, local defendant, and probate exception); revise declaration of Attorney Wood and prepare exhibits; confer with Attorney Wood about arguments; Further prepare motion to remand (prepare TOA and TOC; research judge Laporte's standing order; research local rules

9/20/2013                    BERGQUIST, WOOD, McINTOSH & SETO, LLP
1:14 PM                                  Slip Listing                          Page      4

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | Variance | | |

and conform motion to same; prepare statement of
issues; prepare notice of motion; finalize declaration;
finalize motion; email to Attorney Wood).

| | | | | |
|---|---|---|---|---|
| 25416 | TIME | SNHW | 1.20 | 350.00 | 420.00 |
| 7/17/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |
| | | | 0.00 | | |

Further review and revise Declaration for Remand
and email to Attorney Schweickert; email from
Attorney Schweickert with revised Points &
Authorities for Motion for Remand; minor revisions to
P & As; email to Randy with draft Declaration and P &
As for Motion for Remand for review and input.

| | | | | |
|---|---|---|---|---|
| 25427 | TIME | SNHW | 3.90 | 350.00 | 1365.00 |
| 7/18/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |
| | | | 0.00 | | |

▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒; review issue of consenting to
Magistrate Judge Laporte; prepare and file Consent
to Magistrate Judge; continue to review and revise
Declaration and Points & Authorities for Motion for
Remand; conference with Attorney Schweickert
regarding same; email from USDC with notice
Cynthia's Consent to Magistrate.

| | | | | |
|---|---|---|---|---|
| 25473 | TIME | CJS | 1.60 | 300.00 | 480.00 |
| 7/18/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |
| | | | 0.00 | | |

Prepare declaration supporting request for attorney's
fees; revise and finalize documents and exhibits for
filing; confer with Attorney Wood to finalize motion.

| | | | | |
|---|---|---|---|---|
| 25436 | TIME | SNHW | 0.40 | 350.00 | 140.00 |
| 7/19/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |
| | | | 0.00 | | |

Conference with Attorney Schweickert regarding
Motion for Remand, including Request Judicial Notice
and Proposed Order.

| | | | | |
|---|---|---|---|---|
| 25474 | TIME | CJS | 6.30 | 300.00 | 1890.00 |
| 7/19/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |
| | | | 0.00 | | |

Finalize points & authorites: refine/finalize factual
statements and Wood declaration; confirm judge's
standing orders and local rules regarding motion
submission requirements; confer with Attorney Wood
to strategize arguments and refine fact statements;
prepare requests for judicial notice; add citations for
Cal. PrC 1220 service and CCP 350 intitation; skim
case holdings, check citations, and prepare case
summary parantheticals for 26 cited cases on
removal procedure and burdens of proof, diversity
jurisdiction, local defendant rule, and probate
exception; integrate further points, quotes, and

Exhibit A-04

9/20/2013                    BERGQUIST, WOOD, McINTOSH & SETO, LLP
1:14 PM                              Slip Listing                              Page      5

| Slip ID | | | | | |
|---|---|---|---|---|---|
| Dates and Time | | Timekeeper | Units | Rate | Slip Value |
| Posting Status | | Activity | DNB Time | Rate Info | |
| Description | | Client | | Bill Status | |
| | | | Variance | | |

arguments from cited cases to brief; email to Attorney
Wood about revisions.

| 25440 | TIME | SNHW | 3.70 | 350.00 | 1295.00 |
|---|---|---|---|---|---|
| 7/22/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |
| | | | 0.00 | | |

Email from Attorney Schweickert with draft 8 of
Motion to Remand, Declaration of Wood and
Proposed Order; review and revise all; telephone
conference with Attorney Schweickert regarding final
points; finalize and arrange for filing of Motion to
Remand; email to Randy---Motion to Remand filed;
email from court Notice of filed Motion to Remand
and Response deadlines.

| 25475 | TIME | CJS | 0.70 | 300.00 | 210.00 |
|---|---|---|---|---|---|
| 7/22/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21844 | 8/5/2013 Fong/Trust | | | |
| | | | 0.00 | | |

Finalize motion for filing (confer with Attorney Wood
to strategize findings in proposed order and finalize
citations and parentheticals; emails with Kim about
filing and chambers copy).

| 25558 | TIME | CJS | 0.60 | 300.00 | 180.00 |
|---|---|---|---|---|---|
| 8/5/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853 | 8/22/2013 Fong/Trust | | | |
| | | | 0.00 | | |

Strategize reponse to motion to dismiss and hearing
continuance issues with Attorney Wood and research
CAND local rules (Rutter CAFEDCIVP ch. 12-C) on
response deadline and continuance procedure;
review opposition to motion to remand and outline
reply arguments

| 25495 | TIME | SNHW | 0.30 | 350.00 | 105.00 |
|---|---|---|---|---|---|
| 8/5/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853 | 8/22/2013 Fong/Trust | | | |
| | | | 0.00 | | |

Email notice from United States District Court (USDC)
of Pat's filing Motion to Dismiss Second Amended
Petition (SAP); email from Brillant requesting
continuance of Motion to Remand hearing;
conference with Attorney Schweickert regarding
response to Motion to Dismiss; email to Brillant with
stipulation to continue and request continuance
Motion to Dismiss deadlines and hearing; email to
Randy regarding same; email from USDC with
Brillant's Opposition to Motion to Remand; forward
same to Randy; email to Attorney Schweickert
regarding prepare Reply to Motion to Remand.

| 25496 | TIME | SNHW | 2.20 | 350.00 | 770.00 |
|---|---|---|---|---|---|
| 8/6/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853 | 8/22/2013 Fong/Trust | | | |
| | | | 0.00 | | |

██████████████ email from Brillant agreeing to our extension
request regarding Motion to Dismiss; forward same to

Exhibit A-05

9/20/2013
1:14 PM

BERGQUIST, WOOD, McINTOSH & SETO, LLP
Slip Listing

Page        6

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client | Units<br>DNB Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| Randy; email to Attorney Schweickert to prepare Stipulation; email from Brillant with letter to Probate Court judge requesting 8/14 hearing off calendar because removal; telephone call to Tom T. regarding same---left message; email to Brillant regarding letter to court overlooking Cindy's Petition; email from and email to Brillant regarding same; conference with Attorney Schweickert regarding ▨▨▨ Reply for Motion to Remand; email from Attorney Schweickert with rules regarding Stipulation and Order; review and revise draft Stipulation and Order from Attorney Schweickert and email same to Brillant to sign and return. | | − 0.8 | | |
| 25514<br>8/6/2013<br>Billed        G:21853        8/22/2013<br>Emails about rescheduling hearings; research California Northern District (CAND) local rules on stipulation/notice/order requirements for same and email results to Attorney Wood; prepare stipulation to continue hearings on motion to remand and motion to dismiss; Analyze opposition to motion to remand and strategize response with Attorney Wood. | TIME<br>CJS<br>Legal Services<br>Fong/Trust | 0.80<br>0.00<br>0.00 | 300.00<br>T@3 | 240.00 |
| 25501<br>8/7/2013<br>Billed        G:21853        8/22/2013<br>Email to Brillant regarding Stipulation (2); email from Brillant agreeing to follow up; conference with Attorney Schweickert regarding Reply to Motion to Remand. | TIME<br>SNHW<br>Legal Services<br>Fong/Trust | 0.40<br>0.00<br>0.00 | 350.00<br>T@3 | 140.00 |
| 25507<br>8/8/2013<br>Billed        G:21853        8/22/2013<br>Receive signed Stipulation and Order from Brillant via email, forward same to Randy; arrange for filing same with court; email from court with notice of filing same, forward to Randy. | TIME<br>SNHW<br>Legal Services<br>Fong/Trust | 0.30<br>0.00<br>0.00 | 350.00<br>T@3 | 105.00 |
| 25521<br>8/9/2013<br>Billed        G:21853        8/22/2013<br>Review Brillant's Opposition to Motion to  Remand in prep for our Reply; email to Attorney Schweickert with points for Reply; conference with and email to Attorney Schweickert regarding no response to Stipulation & Order so Motion to Dismiss Opposition still due Wed 8/14 until hear from Judge; arrange to contact judge to rule on Stipulation; telephone call to Tom T. regarding status and possible letter to state court regarding status; email from and email to Attorney Schweickert flushing out issues for Reply to Motion to Remand. | TIME<br>SNHW<br>Legal Services<br>Fong/Trust | 1.60<br>0.00<br>0.00 | 350.00<br>T@3 | 560.00 |

− 0.1

Exhibit A-06

9/20/2013
1:14 PM

BERGQUIST, WOOD, McINTOSH & SETO, LLP
Slip Listing

Page 7

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | | Variance | | |

| 25518 | TIME | CJS | 4.90 | 300.00 | 1470.00 |
|---|---|---|---|---|---|
| 8/9/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853 | 8/22/2013 Fong/Trust | | | |
| | | | 0.00 | | |

⟨①⟩ Begin preparing reply to opposition to motion to remand: read and analyze opposition brief arguments; review motion brief; confer with Attorney Wood to analyze arguments, distill issues, and identify research issues; research and draft arguments on diversity (research/cite pleadings), further joinder not necessary (CCP 378-379, Barak 2006 case, CACIVP ch. 2-C and 9(I)-B), untimely removal under 1446(b) vs. (c) 30-day/1-year limits (Ritchey 1998 case on no 1-year limit when initial case removable); lack of evidence of citizenship for local defendants rule.

| 25519 | TIME | CJS | 3.70 | 300.00 | 1110.00 |
|---|---|---|---|---|---|
| 8/10/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853 | 8/22/2013 Fong/Trust | | | |
| | | | 0.00 | | |

⟨①⟩ Further prepare reply brief: examine 28 USC 1446 and recent amendments, Ritchey (1998) and citing cases, and Rutter CAFEDCIVP ch. 2D-7 to draft arguments about untimely removal; research and draft arguments about waiver of federal removal; email to Attorney Wood about section 1446 timeliness issues; research PrC 1220, Rutter CAFEDCIVP ch. 3-D and 5-A, and Fed. Deposit (1992) and Broadcast (1987) cases to draft argument about service accomplished and objections waived; draft argument about legal rep of estate/trust as citizen of CA and Respondents' failure to meet burdens of proof; refine issues statement; check local rules 7-3 and 7-4 on reply brief requirements; email to Attorney Wood with latest draft and question about effect of change from trustee to personal claims.

| 25528 | TIME | SNHW | 6.10 | 350.00 | 2135.00 |
|---|---|---|---|---|---|
| 8/12/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853 | 8/22/2013 Fong/Trust | | | |
| | | | 0.00 | | |

State ▓▓▓▓▓▓▓▓▓▓▓  − 1.4

⟨①⟩ ; email from Attorney Schweickert with draft Reply for Motion to Remand; email from Randy regarding status; review and revise draft Reply; conference with Attorney Schweickert regarding same; email from USDC with modified ⟨②⟩ Stipulation and Order; ~~email from Brillant with notice~~ State ~~of Motion for Judgment on Pleadings on Cindy's~~ ~~Petition; emails with Brillant debating merits~~; email to ⟨①⟩ Randy with near-final Reply Brief.

− 0.3

Exhibit A-07

9/20/2013                         BERGQUIST, WOOD, McINTOSH & SETO, LLP
1:14 PM                                          Slip Listing                                    Page      8

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | | Variance | | |

| | | | | | |
|---|---|---|---|---|---|
| 25559 | TIME | CJS | 4.30 | 300.00 | 1290.00 |
| 8/12/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853        8/22/2013 | Fong/Trust | | | |
| | | | 0.00 | | |

Confer with Attorney Wood to revise brief and
prepare arguments emphasizing Respondents' failure
to meet burden of proof and conflation of
diversity/local defendant rules; gather additional cites
to record to support arguments; research and argue
28 USC 1332(c)(2) materials  applying rule on
citizenship for diversity in will cases to trust cases;
analyze and and argue application of 1446(b), (c)
untimely removal bar; check/summarize Brown v.
Tokio case holding on same; final revisions to brief;
finalize TOA/TOC and submit brief for filing with copy
to client.

| | | | | | |
|---|---|---|---|---|---|
| 25560 | TIME | CJS | 2.10 | 300.00 | 630.00 |
| 8/13/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853        8/22/2013 | Fong/Trust | | | |
| | | | 0.00 | | |

Prepare authorities binder for motion argument;
research LR 5-1 and 7-3 requirements and emails to
submit proposed order for motion to remand to court
and chambers copy; emails with Attorney Wood and
research LR's, EDL's standing orders, and universal
standing orders to determine tentative ruling
procedure; identify, assemble, and summarize key
cases, statutes, and materials for motion authorities
binder for oral argument; confer with Kim to assemble
same.

| | | | | | |
|---|---|---|---|---|---|
| 25532 | TIME | SNHW | 2.10 | 350.00 | 735.00 |
| 8/13/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853        8/22/2013 | Fong/Trust | | | |
| | | | 0.00 | | |

Email from Attorney Schweickert with final Reply filed;
email from USDC with notice of Reply filed and
served; review final Reply---arrange to prepare binder
for Motion to Remand hearing; telephone call from
Randy regarding status including issues for Motion to
Remand and overall strategies;

| | | | | | |
|---|---|---|---|---|---|
| 25540 | TIME | SNHW | 1.30 | 350.00 | 455.00 |
| 8/15/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853        8/22/2013 | Fong/Trust | | | |
| | | | 0.00 | | |

Receive and review Peremptory Challenge filed by
Trustees against Judge Castellanos; receive and
review Brillant's Motion for Judgement on Pleadings
(MJOP) against Cindy's Petition; email to Randy with
Motion for Judgment on Pleadings and Peremptory
Challenge,                           email to Attorney Schweickert to legal
research  attack on challenge; telephone conference
with Tagliarini regarding MJOP and Challenge; email
Notice from USDC with Robert Fong's consent to
Magistrate Judge.

—1.2

**Exhibit A-08**

BERGQUIST,  WOOD, McINTOSH & SETO, LLP
Slip Listing

| Slip ID | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time | | Activity | DNB Time | Rate Info | |
| Posting Status | | Client | | Bill Status | |
| Description | | | Variance | | |

| 25561 | TIME | CJS | 1.70 | 300.00 | 510.00 |
|---|---|---|---|---|---|
| 8/15/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853        8/22/2013 | Fong/Trust | | | |
| | | | 0.00 | | |

Review challenge to Judge Castellanos and Motion
for Judgment on Pleadings by Respondents and
emails from Attorney Wood about objection to same;
research CACIVP CH. 9(I)-D and CCP 170.1, 170.3,
170.6 to determine basis for challenge and potential
grounds to object; research Estate of Lowrie and
Lickter cases and related statutes on basis for
interested person standing for petition in response to
motion for judgment on pleadings; summarize results
and email options to Attorney Wood.

*~1.7*

| 25562 | TIME | CJS | 3.20 | 300.00 | 960.00 |
|---|---|---|---|---|---|
| 8/16/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853        8/22/2013 | Fong/Trust | | | |
| | | | 0.00 | | |

Confer with Attorney Wood to determine nature of
challenge and basis for objections to peremptory
challenge; examine CCP 170.6(a)(2) grounds and
procedure and CACIVP and prepare objections; email
to Attorney Wood to identify grounds for objections
and refine arguments; read objections by Attorney
Tagliarini and coordinate objections on jurisdiction,
standing, and timeliness; further prepare objections
and email to Attorney Wood.

*~3.2*

| 25542 | TIME | SNHW | 1.40 | 350.00 | 490.00 |
|---|---|---|---|---|---|
| 8/16/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853        8/22/2013 | Fong/Trust | | | |
| | | | 0.00 | | |

Emails with Attorney Schweickert regarding grounds
and standing for opposing Brillant's Challenge to
Judge Castellanos; message from Tom T. regarding
Objection to Brillant's Challenge; email from Tom T.
with his Objection; conference with Attorney
Schweickert regarding same and points we want to
make in our objection; telephone conference with
Tom T. regarding our Objection; conference with
Attorney Schweickert to refine points for Objections.

*~1.4*

| 25543 | TIME | SNHW | 1.70 | 350.00 | 595.00 |
|---|---|---|---|---|---|
| 8/19/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853        8/22/2013 | Fong/Trust | | | |
| | | | 0.00 | | |

Receive and review revised Objection to 170.6
Challenge from Tom Tagliarini; review, revise and file
Objection to Brillant's Challenge for Randy; email
from Tom T. with further revised and file Objections
by Cindy.

*~1.7*

| 25564 | TIME | CJS | 0.10 | 300.00 | 30.00 |
|---|---|---|---|---|---|
| 8/19/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21853        8/22/2013 | Fong/Trust | | | |
| | | | 0.00 | | |

Confer with Attorney Wood to finalize objections to
challenge; prepare proof of service.

*~0.1*

Exhibit A-09

9/20/2013                           BERGQUIST,  WOOD, McINTOSH & SETO, LLP
1:14 PM                                        Slip Listing                                        Page      10

| Slip ID | | | Units | Rate | Slip Value |
| Dates and Time | Timekeeper | | | Rate Info | |
| Posting Status | Activity | | DNB Time | Bill Status | |
| Description | Client | | | | |
| | | | Variance | | |
| 25583 | TIME | CJS | 0.10 | 300.00 | 30.00 |
| 8/19/2013 | | Legal Services | 0.00 | T@3 | |
| WIP | | Fong/Trust | | | |
| | | | 0.00 | | |

*State* ▓▓▓▓▓▓▓▓▓▓▓. — 0.1

| 25569 | TIME | SNHW | 1.40 | 350.00 | 490.00 |
| 8/22/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21895 | 9/4/2013 Fong/Trust | | | |
| Email from Randy ▓▓▓ | | | 0.00 | | |

(1)  email to Randy ▓▓▓▓

| 25609 | TIME | SNHW | 0.10 | 350.00 | 35.00 |
| 8/29/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21895 | 9/4/2013 Fong/Trust | | | |
| Conference with Attorney Schweickert regarding | | | 0.00 | | |

(1) Conference with Attorney Schweickert regarding
Tentative Ruling and possible decission by USDC on
Motion to Remand without hearing.

| 25616 | TIME | CJS | 0.10 | 300.00 | 30.00 |
| 8/29/2013 | | Legal Services | 0.00 | T@3 | |
| Billed | G:21895 | 9/4/2013 Fong/Trust | | | |
| | | | 0.00 | | |

*State* / (1) Strategize options for ~~peremptory challenge and~~
arguments for remand hearing and further fees
request with Attorney Wood.

| 25632 | TIME | SNHW | 4.80 | 350.00 | 1680.00 |
| 9/3/2013 | | Legal Services | 0.00 | T@3 | |
| WIP | | Fong/Trust | | | |
| | | | 0.00 | | |

(1) Prepare for hearing Motion to Remand; travel to and
from hearing Motion to Remand in SF; attend
hearing---matter taken under submission, though
court leaning toward remand but unsure about fees;
status email to Randy ▓▓▓

| 25638 | TIME | SNHW | 0.10 | 350.00 | 35.00 |
| 9/4/2013 | | Legal Services | 0.00 | T@3 | |
| WIP | | Fong/Trust | | | |
| | | | 0.00 | | |

(1) Conference with Attorney Schweickert regarding
Motion to Remand.

| 25653 | TIME | CJS | 0.20 | 300.00 | 60.00 |
| 9/4/2013 | | Legal Services | 0.00 | T@3 | |
| WIP | | Fong/Trust | | | |
| | | | 0.00 | | |

*State* ▓▓▓▓▓▓▓▓▓. — 0.2

| 25672 | TIME | SNHW | 2.10 | 350.00 | 735.00 |
| 9/16/2013 | | Legal Services | 0.00 | T@3 | |
| WIP | | Fong/Trust | | | |
| | | | 0.00 | | |

(2) Telephone call to Attorney Schweickert regarding
Opposition to Motion to Dismiss due if no order on

**Exhibit A-10**

9/20/2013                      BERGQUIST, WOOD, McINTOSH & SETO, LLP
5:08 PM                                      Slip Listing                                    Page    11

| Slip ID | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|
| Dates and Time | Activity | DNB Time | Rate Info | |
| Posting Status | Client | | Bill Status | |
| Description | | Variance | | |

Motion to Remand; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓; forward                                         −0.4
same to Randy and discuss same and strategy on
Opposition to Motion to Dismiss---em̄t Attorney
Schweickert regarding Opposition to Motion to
Dismiss; email from USDC with Order regarding
motion to Remand; review same; email to Randy and
Attorney Schweickert regarding same and Motion for
Fees; ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.

| 25685 | TIME | CJS | 0.70 | 300.00 | 210.00 |
|---|---|---|---|---|---|
| 9/16/2013 | | Legal Services | 0.00 | T@3 | |
| WIP | | Fong/Trust | | | |
| | | | 0.00 | | |

Amails and voicemails with Attorney Wood to
strategize opposition to motion to dismiss; analyze
order granting motion to remand; prepare opposition
to motion and email to Attorney Wood.

| 25678 | TIME | SNHW | 0.90 | 350.00 | 315.00 |
|---|---|---|---|---|---|
| 9/17/2013 | | Legal Services | 0.00 | T@3 | |
| WIP | | Fong/Trust | | | |
| | | | 0.00 | | |

Email from Attorney Schweickert with draft Opposition
to Motion to Dismiss; revise and email to Attorney
Schweickert with revised Opposition and comments;
email from USDC with Notice of Remand to State
Court; email from and email to Randy ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓▓ telephone conference with
Attorney Schweickert regarding Opposition to Motion
to Dismiss and strategies on Motion for Fees; arrange
for filing of Opposition with USDC; email from USDC
with confirmation Opposition to Motion to Dismiss
filed.

| 25686 | TIME | CJS | 2.10 | 300.00 | 630.00 |
|---|---|---|---|---|---|
| 9/19/2013 | | Legal Services | 0.00 | T@3 | |
| WIP | | Fong/Trust | | | |
| | | | 0.00 | | |

Prepare motion for fees (confer with Attorney Wood
to strategize motion; prepare points & authorities;
prepare declaration).

| 25689 | TIME | SNHW | 0.30 | 350.00 | 105.00 |
|---|---|---|---|---|---|
| 9/19/2013 | | Legal Services | 0.00 | T@3 | |
| WIP | | Fong/Trust | | | |
| | | | 0.00 | | |

Receive and review Reply to MJOP by Brillant, and
forward in email to Randy.

| 25693 | TIME | CJS | 4.30 | 300.00 | 1290.00 |
|---|---|---|---|---|---|
| 9/20/2013 | | Legal Services | 0.00 | T@3 | |
| WIP | | Fong/Trust | | | |
| | | | 0.00 | | |

Further prepare motion for fees (further prepare
9/20/13 points & authorities and declaration of
Attorney Wood; prepare fees detail background).

Exhibit A-11

9/20/2013                                   BERGQUIST,  WOOD, McINTOSH & SETO, LLP
5:08 PM                                                    Slip Listing                                              Page      12

| Slip ID |  | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|
| Dates and Time |  | Activity | DNB Time | Rate Info |  |
| Posting Status |  | Client |  | Bill Status |  |
| Description |  |  | Variance |  |  |
| 25694 | TIME | SNHW | 1.90 | 350.00 | 665.00 |
| 9/20/2013 |  | Legal Services | 0.00 | T@3 |  |
| WIP |  | Fong/Trust |  |  |  |
| Revise and finalize Motion for Fees. |  |  | 0.00 |  |  |

③|

| Grand Total |  |  |  |  |
|---|---|---|---|---|
|  | Billable | 100.80 |  | 32690.00 |
|  | Unbillable | 0.00 |  | 0.00 |
|  | Total | 100.80 |  | 32690.00 |

Exhibit A-12

Fong/Trust
Fees for Respondent BEEHLER's removal
**Exhibit B-1 - Sort by Chronological Entry**

Categories: 1=Removal/Remand
2=Motion to Dismiss
3=Motion for Fees

| Category | Date | Work | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| 1 | 7/8/13 | Email to Randy regarding [service] and notice of removal to federal court and need for legal research by Attorney Schweickert regarding fighting removal; email from US District Court regarding filing of Removal by Brillant and Court's Order regarding Case Management Conference and ADR, forward all to Randy via email with recommendation to fight removal; telephone call from Randy regarding removal and strategies to attack; email to Randy confirming plan to attack removal; email to Attorney Schweickert regarding grounds for removal | SNHW | 1.9 | 350.00 | $665.00 |
| 1 | 7/9/13 | Email from and email to Attorney Schweickert regarding Motion to Remand; telephone call from Attorney Schweickert regarding Motion to Remand and allocation of tasks. | SNHW | 0.5 | 350.00 | $175.00 |
| 1 | 7/9/13 | Emails and confer with Attorney Wood to strategize motion to remand (understand background facts; identify grounds to remand; strategize arguments). | CJS | 0.3 | 300.00 | $90.00 |
| 1 | 7/10/13 | Gather State court pleadings to prepare Declaration for Motion to Remand; conference with Attorney Schweickert regarding Motion to Remand strategy; prepare Exhibits for Motion to Remand. | SNHW | 1.3 | 350.00 | $455.00 |
| 1 | 7/10/13 | Prepare motion to remand (confer with Attorney Wood to identify and formulate key evidence and exhibits to present via declaration and strategize grounds for remand and points & authorities). | CJS | 0.8 | 300.00 | $240.00 |
| 1 | 7/11/13 | Email from Brillant regarding responsive pleading stipulation; email to Brillant regarding same; receive notice from Brillant regarding federal court via email; forward same to Randy. | SNHW | 0.7 | 350.00 | $245.00 |
| 1 | 7/12/13 | Begin to prepare Declaration in Support of Motion for Remand with Exhibits and background facts; message from Brillant regarding Stipulation; review and sign Stipulation regarding time to respond and return to Brillant; email to Attorney Schweickert with draft Declaration of Wood in Support of Motion | SNHW | 2.4 | 350.00 | $840.00 |
| 1 | 7/12/13 | Research FRCP 15, 28 USC 1447, and Rutter CA Fed Civ Pro to determine effect of extension on remand motion; emails with Attorney Wood about same and attorney's fees request in motion. | CJS | 0.5 | 300.00 | $150.00 |
| 1 | 7/13/13 | Continue to prepare motion to remand (prepare introduction and arguments). | CJS | 0.6 | 300.00 | $180.00 |
| 1 | 7/14/13 | Research and analyze grounds for remand in Rutter CA Fed Civ Pro; prepare arguments (untimely removal, local defendant, diversity of citizenship, probate abstention) and draft points & authorities; email to Attorney Wood about same. | CJS | 3.4 | 300.00 | $1,020.00 |
| 1 | 7/15/13 | Email from USDC with filed Stipulation regarding Response deadline; email from and email to Attorney Schweickert regarding jury demand; email from Attorney Schweickert with draft Motion for Remand. | SNHW | 0.3 | 350.00 | $105.00 |

| 1 | 7/15/13 | Further research grounds for remand and prepare arguments (burden of proof on respondents to prove proper removal; 28 USC 1332,1441,1442,1447 on removal/diversity/procedural defects; attorney's fees request; untimely removal; decedent's state as administrator's; federal abstention under probate exception); confer with Attorney Wood to strategize arguments. | CJS | 2.8 | 300.00 | $840.00 |
|---|---|---|---|---|---|---|
| 1 | 7/16/13 | Email from Attorney Schweickert with draft 2 Motion to Remand and further points to address; email from USDC with Joinder by Cindy; further revise Declaration to include residences for parties, and Cindy's joinder and email to Attorney Schweickert with same; email to Attorney Schweickert regarding Motion for Remand. | SNHW | 3.3 | 350.00 | $1,155.00 |
| 1 | 7/16/13 | Further prepare arguments (confer with Attorney Wood to analyze effect of Cynthia's joinder on diversity jurisdiction and refine arguments about local defendant, untimely removal, and probate exception abstention). | CJS | 0.2 | 300.00 | $60.00 |
| 1 | 7/17/13 | Further prepare motion to remand (revise/refine 0.00 arguments on diversity, untimely removal, local defendant, and probate exception); revise declaration of Attorney Wood and prepare exhibits; confer with Attorney Wood about arguments; Further prepare motion to remand (prepare TOA and TOC; research Judge Laporte's standing order; research local rules and conform motion to same; prepare statement of issues; prepare notice of motion; finalize declaration; finalize motion; email to Attorney Wood). | CJS | 5.7 | 300.00 | $1,710.00 |
| 1 | 7/17/13 | Further review and revise Declaration for Remand and email to Attorney Schweickert; email from Attorney Schweickert with revised Points & Authorities for Motion for Remand; minor revisions to P &As; email to Randy with draft Declaration and P & As for Motion for Remand for review and input. | SNHW | 1.2 | 350.00 | $420.00 |
| 1 | 7/17/13 | Review issue of consenting to Magistrate Judge Laporte; prepare and file Consent to Magistrate Judge; continue to review and revise Declaration and Points & Authorities for Motion for Remand; conference with Attorney Schweickert regarding same; email from USDC with notice Cynthia's Consent to Magistrate. | SNHW | 3.9 | 350.00 | $1,365.00 |
| 1 | 7/18/13 | Prepare declaration supporting request for attorney's fees; revise and finalize documents and exhibits for filing; confer with Attorney Wood to finalize motion. | CJS | 1.6 | 300.00 | $480.00 |
| 1 | 7/18/13 | Conference with Attorney Schweickert regarding Motion for Remand, including Request Judicial Notice and Proposed Order. | SNHW | 0.4 | 350.00 | $140.00 |
| 1 | 7/19/13 | Finalize points &authorites: refine/finalize factual statements and Wood declaration; confirm judge's standing orders and local rules regarding motion submission requirements; confer with Attorney Wood to strategize arguments and refine fact statements; prepare requests for judicial notice; add citations for Cal. PrC 1220 service and CCP 350 intitation; skim case holdings, check citations, and prepare case summary paranatheticals for 26 cited cases on removal procedure and burdens of proof, diversity jurisdiction, local defendant rule, and probate exception; integrate further points, quotes, and arguments from cited cases to brief; email to Attorney Wood about revisions. | CJS | 6.3 | 300.00 | $1,890.00 |

| 1 | 7/22/13 | Email from Attorney Schweickert with draft 8 of Motion to Remand, Declaration of Wood and Proposed Order; review and revise all; telephone conference with Attorney Schweickert regarding final points; finalize and arrange for filing of Motion to Remand; email to RandymMotion to Remand filed; email from court Notice of filed Motion to Remand and Response deadlines. | SNHW | 3.7 | 350.00 | $1,295.00 |
|---|---|---|---|---|---|---|
| 1 | 7/22/13 | Finalize motion for filing (confer with Attorney Wood to strategize findings in proposed order and finalize citations and parentheticals; emails with Kim about filing and chambers copy). | CJS | 0.7 | 300.00 | $210.00 |
| 2 | 8/5/13 | Strategize reponse to motion to dismiss and hearing continuance issues with Attorney Wood and research CAND local rules (Rutter CAFEDCIVP ch. 12-C) on response deadline and continuance procedure | CJS | 0.3 | 300.00 | $90.00 |
| 1 | 8/5/13 | Review opposition to motion to remand and outline reply arguments | CJS | 0.3 | 300.00 | $90.00 |
| 2 | 8/5/13 | Email notice from United States District Court (USDC) of Pat's filing Motion to Dismiss Second Amended Petition (SAP); email from Brillant requesting continuance of Motion to Remand hearing; conference with Attorney Schweickert regarding response to Motion to Dismiss; email to Brillant with stipulation to continue and request continuance Motion to Dismiss deadlines and hearing; email to Randy regarding same | SNHW | 0.2 | 350.00 | $70.00 |
| 1 | 8/5/13 | Email from USDC with Brillant's Opposition to Motion to Remand; forward same to Randy; email to Attorney Schweickert regarding prepare Reply to Motion to Remand. | SNHW | 0.1 | 350.00 | $35.00 |
| 2 | 8/6/13 | Email from Brillant agreeing to our extension request regarding Motion to Dismiss; forward same to Randy; email to Attorney Schweickert to prepare Stipulation; conference with Attorney Schweickert regarding [] Reply for Motion to Remand; email from Attorney Schweickert with rules regarding Stipulation and Order; review and revise draft Stipulation and Order from Attorney Schweickert and email same to Brillant to sign and return. | SNHW | 1.4 | 350.00 | $490.00 |
| 2 | 8/6/13 | Emails about rescheduling hearings; research California Northern District (CAND) local rules on stipulation/notice/order requirements for same and email results to Attorney Wood; prepare stipulation to continue hearings on motion to remand and motion to dismiss | CJS | 0.6 | 300.00 | $180.00 |
| 1 | 8/6/13 | Analyze opposition to motion to remand and strategize response with Attorney Wood | CJS | 0.2 | 300.00 | $60.00 |
| 2 | 8/7/13 | Email to Brillant regarding Stipulation (2); email from Brillant agreeing to follow up | SNHW | 0.2 | 350.00 | $70.00 |
| 1 | 8/7/13 | Conference with Attorney Schweickert regarding Reply to Motion to Remand | SNHW | 0.2 | 350.00 | $70.00 |
| 2 | 8/8/13 | Receive signed Stipulation and Order from Brillant via email, forward same to Randy; arrange for filing same with court; email from court with notice of filing same, forward to Randy | SNHW | 0.3 | 350.00 | $105.00 |
| 1 | 8/9/13 | Review Brillant's Opposition to Motion to Remand in prep for our Reply; email to Attorney Schweickert with points for Reply | SNHW | 0.7 | 350.00 | $245.00 |

| 2 | 8/9/13 | Conference with and email to Attorney Schweickert regarding no response to Stipulation & Order so Motion to Dismiss Opposition still due Wed 8/14 until hear from Judge; arrange to contact judge to rule on Stipulation; telephone call to Tom T. regarding status | SNHW | 0.6 | 350.00 | $210.00 |
|---|---|---|---|---|---|---|
| 1 | 8/9/13 | Email from and email to Attorney Schweickert flushing out issues for Reply to Motion to Remand | SNHW | 0.2 | 350.00 | $70.00 |
| 1 | 8/9/13 | Begin preparing reply to opposition to motion to remand: read and analyze opposition brief arguments; review motion brief; confer with Attorney Wood to analyze arguments, distill issues, and identify research issues; research and draft arguments on diversity (research/cite pleadings), further joinder not necessary (CCP 378-379, Barak 2006 case, CACIVP ch. 2-C and 9(1)-B), untimely removal under 1446(b) vs. (c) 30-day/1-year limits (Ritchey 1998 case on no i-year limit when initial case removable); lack of evidence of citizenship for local defendants rule. | CJS | 4.9 | 300.00 | $1,470.00 |
| 1 | 8/10/13 | Further prepare reply brief: examine 28 USC 1446 and recent amendments, Ritchey (1998) and citing cases, and Rutter CAFEDCIVP ch. 20-7 to draft arguments about untimely removal; research and draft arguments about waiver of federal removal; email to Attorney Wood about section 1446 timeliness issues; research PrC 1220, Rutter CAFEDCIVP ch. 3-D and 5-A, and Fed. Deposit (1992) and Broadcast (1987) cases to draft argument about service accomplished and objections waived; draft argument about legal rep of estate/trust as citizen of CA and Respondents' failure to meet burdens of proof; refine issues statement; check local rules 7-3 and 7-4 on reply brief requirements; email to Attorney Wood with latest draft and question about effect of change from trustee to personal claims. | CJS | 3.7 | 300.00 | $1,110.00 |
| 1 | 8/12/13 | Email from Attorney Schweickert with draft Reply for Motion to Remand; email from Randy regarding status; Review and revise draft Reply; conference with Attorney Schweickert regarding same; email to Randy with near-final Reply brief | SNHW | 4.4 | 350.00 | $1,540.00 |
| 2 | 8/12/13 | Email from USDC with modified Stipulation and Order | SNHW | 0.1 | 350.00 | $35.00 |
| 1 | 8/12/13 | Confer with Attorney Wood to revise brief and prepare arguments emphasizing Respondents' failure to meet burden of proof and conflation of diversity/local defendant rules; gather additional cites to record to support arguments; research and argue 28 USC 1332(c)(2) materials applying rule on citizenship for diversity in will cases to trust cases; analyze and and argue application of 1446(b), (c) untimely removal bar; check/summarize Brown v. Tokio case holding on same; final revisions to brief; finalize TOAITOC and submit brief for filing with copy to client. | CJS | 4.3 | 300.00 | $1,290.00 |

| 1 | 8/13/13 | Prepare authorities binder for motion argument; research LR 5-1 and 7-3 requirements and emails to submit proposed order for motion to remand to court and chambers copy; emails with Attorney Wood and research LR's, EDL's standing orders, and universal standing orders to determine tentative ruling procedure; identify, assemble, and summarize key cases, statutes, and materials for motion authorities binder for oral argument; confer with Kim to assemble same. | CJS | 2.1 | 300.00 | $630.00 |
|---|---|---|---|---|---|---|
| 1 | 8/13/13 | Email from Attorney Schweickert with final Reply filed; email from USDC with notice of Reply filed and served; review final Reply---arrange to prepare binder for Motion to Remand hearing; telephone call from Randy regarding status including issues for Motion to Remand and overall strategies | SNHW | 2.1 | 350.00 | $735.00 |
| 1 | 8/15/13 | Email Notice from USDC with Robert Fong's consent to Magistrate Judge. | SNHW | 0.1 | 350.00 | $35.00 |
| 1 | 8/22/13 | Email from Randy []; email to Randy [] | SNHW | 1.4 | 350.00 | $490.00 |
| 1 | 8/29/13 | Conference with Attorney Schweickert regarding Tentative Ruling and possible decission by USDC on Motion to Remand without hearing | SNHW | 0.1 | 350.00 | $35.00 |
| 1 | 8/29/13 | Strategize [] arguments for remand hearing and further fees request with Attorney Wood. | CJS | 0.1 | 300.00 | $30.00 |
| 1 | 9/3/13 | Prepare for hearing Motion to Remand; travel to and from hearing Motion to Remand in SF; attend hearing---matter taken under submission, though court leaning toward remand but unsure about fees; status email to Randy | SNHW | 4.8 | 350.00 | $1,680.00 |
| 1 | 9/4/13 | Conference with Attorney Schweickert regarding Motion to Remand | SNHW | 0.1 | 350.00 | $35.00 |
| 2 | 9/16/13 | Telephone call to Attorney Schweickert regarding Opposition to Motion to Dismiss due if no order on Motion to Remand; forward same to Randy and discuss same and strategy on Opposition to Motion to Dismiss---emt Attorney Schweickert regarding Opposition to Motion to Dismiss | SNHW | 0.9 | 350.00 | $315.00 |
| 2 | 9/16/13 | Email from USDC with Order regarding motion to Remand; review same | SNHW | 0.4 | 350.00 | $140.00 |
| 3 | 9/16/13 | Email to Randy and Attorney Schweickert regarding [email from USDC] and Motion for Fees | SNHW | 0.4 | 350.00 | $140.00 |
| 2 | 9/16/13 | Emails and voicemails with Attorney Wood to strategize opposition to motion to dismiss; prepare opposition to motion and email to Attorney Wood | CJS | 0.5 | 300.00 | $150.00 |
| 1 | 9/16/13 | Analyze order granting motion to remand | CJS | 0.2 | 300.00 | $60.00 |
| 2 | 9/17/13 | Email from Attorney Schweickert with draft Opposition to Motion to Dismiss; revise and email to Attorney Schweickert with revised Opposition and comments; arrange for filing of Opposition with USDC; email from USDC with confirmation Opposition to Motion to Dismiss filed. | SNHW | 0.5 | 350.00 | $175.00 |
| 1 | 9/17/13 | Email from USDC with Notice of Remand to State Court; email from and email to Randy []; telephone conference with Attorney Schweickert regarding Opposition to Motion to Dismiss | SNHW | 0.3 | 350.00 | $105.00 |
| 3 | 9/17/13 | Telephone conference with Attorney Schweickert regarding strategies on Motion for Fees | SNHW | 0.1 | 350.00 | $35.00 |
| 3 | 9/19/13 | Prepare motion for fees (confer with Attorney Wood to strategize motion; prepare points & authorities; prepare declaration) | CJS | 2.1 | 300.00 | $630.00 |
| 3 | 9/20/13 | Further prepare motion for fees (further prepare points & authorities and declaration of Attorney Wood; prepare fees detail breakdown) | CJS | 4.3 | 300.00 | $1,290.00 |

| 3 | 9/20/13 | Revise and finalize Motion for Fees | SNHW | 1.9 | 350.00 | $665.00 |

|  |  | Totals |  | 87.6 |  | $28,335.00 |

Fong/Trust
Fees for Respondent BEEHLER's removal
**Exhibit B-2 - Sort by Category**

Categories: 1=Removal/Remand
2=Motion to Dismiss
3=Motion for Fees

| Category | Date | Work | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| 1 | 7/8/13 | Email to Randy regarding [service] and notice of removal to federal court and need for legal research by Attorney Schweickert regarding fighting removal; email from US District Court regarding filing of Removal by Brillant and Court's Order regarding Case Management Conference and ADR, forward all to Randy via email with recommendation to fight removal; telephone call from Randy regarding removal and strategies to attack; email to Randy confirming plan to attack removal; email to Attorney Schweickert regarding grounds for removal | SNHW | 1.9 | 350.00 | $665.00 |
| 1 | 7/9/13 | Email from and email to Attorney Schweickert regarding Motion to Remand; telephone call from Attorney Schweickert regarding Motion to Remand and allocation of tasks. | SNHW | 0.5 | 350.00 | $175.00 |
| 1 | 7/9/13 | Emails and confer with Attorney Wood to strategize motion to remand (understand background facts; identify grounds to remand; strategize arguments). | CJS | 0.3 | 300.00 | $90.00 |
| 1 | 7/10/13 | Gather State court pleadings to prepare Declaration for Motion to Remand; conference with Attorney Schweickert regarding Motion to Remand strategy; prepare Exhibits for Motion to Remand. | SNHW | 1.3 | 350.00 | $455.00 |
| 1 | 7/10/13 | Prepare motion to remand (confer with Attorney Wood to identify and formulate key evidence and exhibits to present via declaration and strategize grounds for remand and points & authorities). | CJS | 0.8 | 300.00 | $240.00 |
| 1 | 7/11/13 | Email from Brillant regarding responsive pleading stipulation; email to Brillant regarding same; receive notice from Brillant regarding federal court via email; forward same to Randy. | SNHW | 0.7 | 350.00 | $245.00 |
| 1 | 7/12/13 | Begin to prepare Declaration in Support of Motion for Remand with Exhibits and background facts; message from Brillant regarding Stipulation; review and sign Stipulation regarding time to respond and return to Brillant; email to Attorney Schweickert with draft Declaration of Wood in Support of Motion | SNHW | 2.4 | 350.00 | $840.00 |
| 1 | 7/12/13 | Research FRCP 15, 28 USC 1447, and Rutter CA Fed Civ Pro to determine effect of extension on remand motion; emails with Attorney Wood about same and attorney's fees request in motion. | CJS | 0.5 | 300.00 | $150.00 |
| 1 | 7/13/13 | Continue to prepare motion to remand (prepare introduction and arguments). | CJS | 0.6 | 300.00 | $180.00 |
| 1 | 7/14/13 | Research and analyze grounds for remand in Rutter CA Fed Civ Pro; prepare arguments (untimely removal, local defendant, diversity of citizenship, probate abstention) and draft points & authorities; email to Attorney Wood about same. | CJS | 3.4 | 300.00 | $1,020.00 |
| 1 | 7/15/13 | Email from USDC with filed Stipulation regarding Response deadline; email from and email to Attorney Schweickert regarding jury demand; email from Attorney Schweickert with draft Motion for Remand. | SNHW | 0.3 | 350.00 | $105.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 7/15/13 | Further research grounds for remand and prepare arguments (burden of proof on respondents to prove proper removal; 28 USC 1332,1441,1442,1447 on removal/diversity/procedural defects; attorney's fees request; untimely removal; decedent's state as administrator's; federal abstention under probate exception); confer with Attorney Wood to strategize arguments. | CJS | 2.8 | 300.00 | $840.00 |
| 1 | 7/16/13 | Email from Attorney Schweickert with draft 2 Motion to Remand and further points to address; email from USDC with Joinder by Cindy; further revise Declaration to include residences for parties, and Cindy's joinder and email to Attorney Schweickert with same; email to Attorney Schweickert regarding Motion for Remand. | SNHW | 3.3 | 350.00 | $1,155.00 |
| 1 | 7/16/13 | Further prepare arguments (confer with Attorney Wood to analyze effect of Cynthia's joinder on diversity jurisdiction and refine arguments about local defendant, untimely removal, and probate exception abstention). | CJS | 0.2 | 300.00 | $60.00 |
| 1 | 7/17/13 | Further prepare motion to remand (revise/refine 0.00 arguments on diversity, untimely removal, local defendant, and probate exception); revise declaration of Attorney Wood and prepare exhibits; confer with Attorney Wood about arguments; Further prepare motion to remand (prepare TOA and TOC; research Judge Laporte's standing order; research local rules and conform motion to same; prepare statement of issues; prepare notice of motion; finalize declaration; finalize motion; email to Attorney Wood). | CJS | 5.7 | 300.00 | $1,710.00 |
| 1 | 7/17/13 | Further review and revise Declaration for Remand and email to Attorney Schweickert; email from Attorney Schweickert with revised Points & Authorities for Motion for Remand; minor revisions to P &As; email to Randy with draft Declaration and P & As for Motion for Remand for review and input. | SNHW | 1.2 | 350.00 | $420.00 |
| 1 | 7/17/13 | Review issue of consenting to Magistrate Judge Laporte; prepare and file Consent to Magistrate Judge; continue to review and revise Declaration and Points & Authorities for Motion for Remand; conference with Attorney Schweickert regarding same; email from USDC with notice Cynthia's Consent to Magistrate. | SNHW | 3.9 | 350.00 | $1,365.00 |
| 1 | 7/18/13 | Prepare declaration supporting request for attorney's fees; revise and finalize documents and exhibits for filing; confer with Attorney Wood to finalize motion. | CJS | 1.6 | 300.00 | $480.00 |
| 1 | 7/18/13 | Conference with Attorney Schweickert regarding Motion for Remand, including Request Judicial Notice and Proposed Order. | SNHW | 0.4 | 350.00 | $140.00 |

| 1 | 7/19/13 | Finalize points &authorites: refine/finalize factual statements and Wood declaration; confirm judge's standing orders and local rules regarding motion submission requirements; confer with Attorney Wood to strategize arguments and refine fact statements; prepare requests for judicial notice; add citations for Cal. PrC 1220 service and CCP 350 intitation; skim case holdings, check citations, and prepare case summary parantheticals for 26 cited cases on removal procedure and burdens of proof, diversity jurisdiction, local defendant rule, and probate exception; integrate further points, quotes, and arguments from cited cases to brief; email to Attorney Wood about revisions. | CJS | 6.3 | 300.00 | $1,890.00 |
|---|---|---|---|---|---|---|
| 1 | 7/22/13 | Email from Attorney Schweickert with draft 8 of Motion to Remand, Declaration of Wood and Proposed Order; review and revise all; telephone conference with Attorney Schweickert regarding final points; finalize and arrange for filing of Motion to Remand; email to RandymMotion to Remand filed; email from court Notice of filed Motion to Remand and Response deadlines. | SNHW | 3.7 | 350.00 | $1,295.00 |
| 1 | 7/22/13 | Finalize motion for filing (confer with Attorney Wood to strategize findings in proposed order and finalize citations and parentheticals; emails with Kim about filing and chambers copy). | CJS | 0.7 | 300.00 | $210.00 |
| 1 | 8/5/13 | Review opposition to motion to remand and outline reply arguments | CJS | 0.3 | 300.00 | $90.00 |
| 1 | 8/5/13 | Email from USDC with Brillant's Opposition to Motion to Remand; forward same to Randy; email to Attorney Schweickert regarding prepare Reply to Motion to Remand. | SNHW | 0.1 | 350.00 | $35.00 |
| 1 | 8/6/13 | Analyze opposition to motion to remand and strategize response with Attorney Wood | CJS | 0.2 | 300.00 | $60.00 |
| 1 | 8/7/13 | Conference with Attorney Schweickert regarding Reply to Motion to Remand | SNHW | 0.2 | 350.00 | $70.00 |
| 1 | 8/9/13 | Review Brillant's Opposition to Motion to Remand in prep for our Reply; email to Attorney Schweickert with points for Reply | SNHW | 0.7 | 350.00 | $245.00 |
| 1 | 8/9/13 | Email from and email to Attorney Schweickert flushing out issues for Reply to Motion to Remand | SNHW | 0.2 | 350.00 | $70.00 |
| 1 | 8/9/13 | Begin preparing reply to opposition to motion to remand: read and analyze opposition brief arguments; review motion brief; confer with Attorney Wood to analyze arguments, distill issues, and identify research issues; research and draft arguments on diversity (research/cite pleadings), further joinder not necessary (CCP 378-379, Barak 2006 case, CACIVP ch. 2-C and 9(1)-B), untimely removal under 1446(b) vs. (c) 30-day/1-year limits (Ritchey 1998 case on no i-year limit when initial case removable); lack of evidence of citizenship for local defendants rule. | CJS | 4.9 | 300.00 | $1,470.00 |

| 1 | 8/10/13 | Further prepare reply brief: examine 28 USC 1446 and recent amendments, Ritchey (1998) and citing cases, and Rutter CAFEDCIVP ch. 20-7 to draft arguments about untimely removal; research and draft arguments about waiver of federal removal; email to Attorney Wood about section 1446 timeliness issues; research PrC 1220, Rutter CAFEDCIVP ch. 3-D and 5-A, and Fed. Deposit (1992) and Broadcast (1987) cases to draft argument about service accomplished and objections waived; draft argument about legal rep of estate/trust as citizen of CA and Respondents' failure to meet burdens of proof; refine issues statement; check local rules 7-3 and 7-4 on reply brief requirements; email to Attorney Wood with latest draft and question about effect of change from trustee to personal claims. | CJS | 3.7 | 300.00 | $1,110.00 |
|---|---|---|---|---|---|---|
| 1 | 8/12/13 | Email from Attorney Schweickert with draft Reply for Motion to Remand; email from Randy regarding status; Review and revise draft Reply; conference with Attorney Schweickert regarding same; email to Randy with near-final Reply brief | SNHW | 4.4 | 350.00 | $1,540.00 |
| 1 | 8/12/13 | Confer with Attorney Wood to revise brief and prepare arguments emphasizing Respondents' failure to meet burden of proof and conflation of diversity/local defendant rules; gather additional cites to record to support arguments; research and argue 28 USC 1332(c)(2) materials applying rule on citizenship for diversity in will cases to trust cases; analyze and and argue application of 1446(b), (c) untimely removal bar; check/summarize Brown v. Tokio case holding on same; final revisions to brief; finalize TOA/TOC and submit brief for filing with copy to client. | CJS | 4.3 | 300.00 | $1,290.00 |
| 1 | 8/13/13 | Prepare authorities binder for motion argument; research LR 5-1 and 7-3 requirements and emails to submit proposed order for motion to remand to court and chambers copy; emails with Attorney Wood and research LR's, EDL's standing orders, and universal standing orders to determine tentative ruling procedure; identify, assemble, and summarize key cases, statutes, and materials for motion authorities binder for oral argument; confer with Kim to assemble same. | CJS | 2.1 | 300.00 | $630.00 |
| 1 | 8/13/13 | Email from Attorney Schweickert with final Reply filed; email from USDC with notice of Reply filed and served; review final Reply---arrange to prepare binder for Motion to Remand hearing; telephone call from Randy regarding status including issues for Motion to Remand and overall strategies | SNHW | 2.1 | 350.00 | $735.00 |
| 1 | 8/15/13 | Email Notice from USDC with Robert Fong's consent to Magistrate Judge. | SNHW | 0.1 | 350.00 | $35.00 |
| 1 | 8/22/13 | Email from Randy []; email to Randy [] | SNHW | 1.4 | 350.00 | $490.00 |
| 1 | 8/29/13 | Conference with Attorney Schweickert regarding Tentative Ruling and possible decission by USDC on Motion to Remand without hearing | SNHW | 0.1 | 350.00 | $35.00 |
| 1 | 8/29/13 | Strategize [] arguments for remand hearing and further fees request with Attorney Wood. | CJS | 0.1 | 300.00 | $30.00 |
| 1 | 9/3/13 | Prepare for hearing Motion to Remand; travel to and from hearing Motion to Remand in SF; attend hearing---matter taken under submission, though court leaning toward remand but unsure about fees; status email to Randy | SNHW | 4.8 | 350.00 | $1,680.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 9/4/13 | Conference with Attorney Schweickert regarding Motion to Remand | SNHW | 0.1 | 350.00 | $35.00 |
| 1 | 9/16/13 | Analyze order granting motion to remand | CJS | 0.2 | 300.00 | $60.00 |
| 1 | 9/17/13 | Email from USDC with Notice of Remand to State Court; email from and email to Randy []; telephone conference with Attorney Schweickert regarding Opposition to Motion to Dismiss | SNHW | 0.3 | 350.00 | $105.00 |
| | | **Total** | | 72.8 | | ######## |
| 2 | 8/5/13 | Strategize reponse to motion to dismiss and hearing continuance issues with Attorney Wood and research CAND local rules (Rutter CAFEDCIVP ch. 12-C) on response deadline and continuance procedure | CJS | 0.3 | 300.00 | $90.00 |
| 2 | 8/5/13 | Email notice from United States District Court (USDC) of Pat's filing Motion to Dismiss Second Amended Petition (SAP); email from Brillant requesting continuance of Motion to Remand hearing; conference with Attorney Schweickert regarding response to Motion to Dismiss; email to Brillant with stipulation to continue and request continuance Motion to Dismiss deadlines and hearing; email to Randy regarding same | SNHW | 0.2 | 350.00 | $70.00 |
| 2 | 8/6/13 | Email from Brillant agreeing to our extension request regarding Motion to Dismiss; forward same to Randy; email to Attorney Schweickert to prepare Stipulation; conference with Attorney Schweickert regarding [] Reply for Motion to Remand; email from Attorney Schweickert with rules regarding Stipulation and Order; review and revise draft Stipulation and Order from Attorney Schweickert and email same to Brillant to sign and return. | SNHW | 1.4 | 350.00 | $490.00 |
| 2 | 8/6/13 | Emails about rescheduling hearings; research California Northern District (CAND) local rules on stipulation/notice/order requirements for same and email results to Attorney Wood; prepare stipulation to continue hearings on motion to remand and motion to dismiss | CJS | 0.6 | 300.00 | $180.00 |
| 2 | 8/7/13 | Email to Brillant regarding Stipulation (2); email from Brillant agreeing to follow up | SNHW | 0.2 | 350.00 | $70.00 |
| 2 | 8/8/13 | Receive signed Stipulation and Order from Brillant via email, forward same to Randy; arrange for filing same with court; email from court with notice of filing same, forward to Randy | SNHW | 0.3 | 350.00 | $105.00 |
| 2 | 8/9/13 | Conference with and email to Attorney Schweickert regarding no response to Stipulation & Order so Motion to Dismiss Opposition still due Wed 8/14 until hear from Judge; arrange to contact judge to rule on Stipulation; telephone call to Tom T. regarding status | SNHW | 0.6 | 350.00 | $210.00 |
| 2 | 8/12/13 | Email from USDC with modified Stipulation and Order | SNHW | 0.1 | 350.00 | $35.00 |
| 2 | 9/16/13 | Telephone call to Attorney Schweickert regarding Opposition to Motion to Dismiss due if no order on Motion to Remand; forward same to Randy and discuss same and strategy on Opposition to Motion to Dismiss---emt Attorney Schweickert regarding Opposition to Motion to Dismiss | SNHW | 0.9 | 350.00 | $315.00 |
| 2 | 9/16/13 | Email from USDC with Order regarding motion to Remand; review same | SNHW | 0.4 | 350.00 | $140.00 |

| 2 | 9/16/13 | Emails and voicemails with Attorney Wood to strategize opposition to motion to dismiss; prepare opposition to motion and email to Attorney Wood | CJS | 0.5 | 300.00 | $150.00 |
| 2 | 9/17/13 | Email from Attorney Schweickert with draft Opposition to Motion to Dismiss; revise and email to Attorney Schweickert with revised Opposition and comments; arrange for filing of Opposition with USDC; email from USDC with confirmation Opposition to Motion to Dismiss filed. | SNHW | 0.5 | 350.00 | $175.00 |
| | | **Total** | | 6.0 | | $2,030.00 |
| | | | | | | |
| 3 | 9/16/13 | Email to Randy and Attorney Schweickert regarding [email from USDC] and Motion for Fees | SNHW | 0.4 | 350.00 | $140.00 |
| 3 | 9/17/13 | Telephone conference with Attorney Schweickert regarding strategies on Motion for Fees | SNHW | 0.1 | 350.00 | $35.00 |
| 3 | 9/19/13 | Prepare motion for fees (confer with Attorney Wood to strategize motion; prepare points & authorities; prepare declaration) | CJS | 2.1 | 300.00 | $630.00 |
| 3 | 9/20/13 | Revise and finalize Motion for Fees | SNHW | 1.9 | 350.00 | $665.00 |
| 3 | 9/20/13 | Further prepare motion for fees (further prepare points & authorities and declaration of Attorney Wood; prepare fees detail breakdown) | CJS | 4.3 | 300.00 | $1,290.00 |
| | | **Total** | | 8.8 | | $2,760.00 |

Fong/Trust
Fees for Respondent BEEHLER's removal
**Exhibit B-3 - Sort by Attorney**

Categories: 1=Removal/Remand
2=Motion to Dismiss
3=Motion for Fees

| Category | Date | Work | Timekeeper | Hours | Rate | Value |
|---|---|---|---|---|---|---|
| 1 | 7/8/13 | Email to Randy regarding [service] and notice of removal to federal court and need for legal research by Attorney Schweickert regarding fighting removal; email from US District Court regarding filing of Removal by Brillant and Court's Order regarding Case Management Conference and ADR, forward all to Randy via email with recommendation to fight removal; telephone call from Randy regarding removal and strategies to attack; email to Randy confirming plan to attack removal; email to Attorney Schweickert regarding grounds for removal | SNHW | 1.9 | 350.00 | $665.00 |
| 1 | 7/9/13 | Email from and email to Attorney Schweickert regarding Motion to Remand; telephone call from Attorney Schweickert regarding Motion to Remand and allocation of tasks. | SNHW | 0.5 | 350.00 | $175.00 |
| 1 | 7/10/13 | Gather State court pleadings to prepare Declaration for Motion to Remand; conference with Attorney Schweickert regarding Motion to Remand strategy; prepare Exhibits for Motion to Remand. | SNHW | 1.3 | 350.00 | $455.00 |
| 1 | 7/11/13 | Email from Brillant regarding responsive pleading stipulation; email to Brillant regarding same; receive notice from Brillant regarding federal court via email; forward same to Randy. | SNHW | 0.7 | 350.00 | $245.00 |
| 1 | 7/12/13 | Begin to prepare Declaration in Support of Motion for Remand with Exhibits and background facts; message from Brillant regarding Stipulation; review and sign Stipulation regarding time to respond and return to Brillant; email to Attorney Schweickert with draft Declaration of Wood in Support of Motion | SNHW | 2.4 | 350.00 | $840.00 |
| 1 | 7/15/13 | Email from USDC with filed Stipulation regarding Response deadline; email from and email to Attorney Schweickert regarding jury demand; email from Attorney Schweickert with draft Motion for Remand. | SNHW | 0.3 | 350.00 | $105.00 |
| 1 | 7/16/13 | Email from Attorney Schweickert with draft 2 Motion to Remand and further points to address; email from USDC with Joinder by Cindy; further revise Declaration to include residences for parties, and Cindy's joinder and email to Attorney Schweickert with same; email to Attorney Schweickert regarding Motion for Remand. | SNHW | 3.3 | 350.00 | $1,155.00 |
| 1 | 7/17/13 | Further review and revise Declaration for Remand and email to Attorney Schweickert; email from Attorney Schweickert with revised Points & Authorities for Motion for Remand; minor revisions to P &As; email to Randy with draft Declaration and P & As for Motion for Remand for review and input. | SNHW | 1.2 | 350.00 | $420.00 |
| 1 | 7/17/13 | Review issue of consenting to Magistrate Judge Laporte; prepare and file Consent to Magistrate Judge; continue to review and revise Declaration and Points & Authorities for Motion for Remand; conference with Attorney Schweickert regarding same; email from USDC with notice Cynthia's Consent to Magistrate. | SNHW | 3.9 | 350.00 | $1,365.00 |
| 1 | 7/18/13 | Conference with Attorney Schweickert regarding Motion for Remand, including Request Judicial Notice and Proposed Order. | SNHW | 0.4 | 350.00 | $140.00 |

| 1 | 7/22/13 | Email from Attorney Schweickert with draft 8 of Motion to Remand, Declaration of Wood and Proposed Order; review and revise all; telephone conference with Attorney Schweickert regarding final points; finalize and arrange for filing of Motion to Remand; email to RandymMotion to Remand filed; email from court Notice of filed Motion to Remand and Response deadlines. | SNHW | 3.7 | 350.00 | $1,295.00 |
|---|---|---|---|---|---|---|
| 1 | 8/5/13 | Email from USDC with Brillant's Opposition to Motion to Remand; forward same to Randy; email to Attorney Schweickert regarding prepare Reply to Motion to Remand. | SNHW | 0.1 | 350.00 | $35.00 |
| 1 | 8/7/13 | Conference with Attorney Schweickert regarding Reply to Motion to Remand | SNHW | 0.2 | 350.00 | $70.00 |
| 1 | 8/9/13 | Review Brillant's Opposition to Motion to Remand in prep for our Reply; email to Attorney Schweickert with points for Reply | SNHW | 0.7 | 350.00 | $245.00 |
| 1 | 8/9/13 | Email from and email to Attorney Schweickert flushing out issues for Reply to Motion to Remand | SNHW | 0.2 | 350.00 | $70.00 |
| 1 | 8/12/13 | Email from Attorney Schweickert with draft Reply for Motion to Remand; email from Randy regarding status; Review and revise draft Reply; conference with Attorney Schweickert regarding same; email to Randy with near-final Reply brief | SNHW | 4.4 | 350.00 | $1,540.00 |
| 1 | 8/13/13 | Email from Attorney Schweickert with final Reply filed; email from USDC with notice of Reply filed and served; review final Reply---arrange to prepare binder for Motion to Remand hearing; telephone call from Randy regarding status including issues for Motion to Remand and overall strategies | SNHW | 2.1 | 350.00 | $735.00 |
| 1 | 8/15/13 | Email Notice from USDC with Robert Fong's consent to Magistrate Judge. | SNHW | 0.1 | 350.00 | $35.00 |
| 1 | 8/22/13 | Email from Randy []; email to Randy [] | SNHW | 1.4 | 350.00 | $490.00 |
| 1 | 8/29/13 | Conference with Attorney Schweickert regarding Tentative Ruling and possible decission by USDC on Motion to Remand without hearing | SNHW | 0.1 | 350.00 | $35.00 |
| 1 | 9/3/13 | Prepare for hearing Motion to Remand; travel to and from hearing Motion to Remand in SF; attend hearing---matter taken under submission, though court leaning toward remand but unsure about fees; status email to Randy | SNHW | 4.8 | 350.00 | $1,680.00 |
| 1 | 9/4/13 | Conference with Attorney Schweickert regarding Motion to Remand | SNHW | 0.1 | 350.00 | $35.00 |
| 1 | 9/17/13 | Email from USDC with Notice of Remand to State Court; email from and email to Randy []; telephone conference with Attorney Schweickert regarding Opposition to Motion to Dismiss | SNHW | 0.3 | 350.00 | $105.00 |
| 2 | 8/5/13 | Email notice from United States District Court (USDC) of Pat's filing Motion to Dismiss Second Amended Petition (SAP); email from Brillant requesting continuance of Motion to Remand hearing; conference with Attorney Schweickert regarding response to Motion to Dismiss; email to Brillant with stipulation to continue and request continuance Motion to Dismiss deadlines and hearing; email to Randy regarding same | SNHW | 0.2 | 350.00 | $70.00 |

| 2 | 8/6/13 | Email from Brillant agreeing to our extension request regarding Motion to Dismiss; forward same to Randy; email to Attorney Schweickert to prepare Stipulation; conference with Attorney Schweickert regarding [] Reply for Motion to Remand; email from Attorney Schweickert with rules regarding Stipulation and Order; review and revise draft Stipulation and Order from Attorney Schweickert and email same to Brillant to sign and return. | SNHW | 1.4 | 350.00 | $490.00 |
| 2 | 8/7/13 | Email to Brillant regarding Stipulation (2); email from Brillant agreeing to follow up | SNHW | 0.2 | 350.00 | $70.00 |
| 2 | 8/8/13 | Receive signed Stipulation and Order from Brillant via email, forward same to Randy; arrange for filing same with court; email from court with notice of filing same, forward to Randy | SNHW | 0.3 | 350.00 | $105.00 |
| 2 | 8/9/13 | Conference with and email to Attorney Schweickert regarding no response to Stipulation & Order so Motion to Dismiss Opposition still due Wed 8/14 until hear from Judge; arrange to contact judge to rule on Stipulation; telephone call to Tom T. regarding status | SNHW | 0.6 | 350.00 | $210.00 |
| 2 | 8/12/13 | Email from USDC with modified Stipulation and Order | SNHW | 0.1 | 350.00 | $35.00 |
| 2 | 9/16/13 | Telephone call to Attorney Schweickert regarding Opposition to Motion to Dismiss due if no order on Motion to Remand; forward same to Randy and discuss same and strategy on Opposition to Motion to Dismiss---emt Attorney Schweickert regarding Opposition to Motion to Dismiss | SNHW | 0.9 | 350.00 | $315.00 |
| 2 | 9/16/13 | Email from USDC with Order regarding motion to Remand; review same | SNHW | 0.4 | 350.00 | $140.00 |
| 2 | 9/17/13 | Email from Attorney Schweickert with draft Opposition to Motion to Dismiss; revise and email to Attorney Schweickert with revised Opposition and comments; arrange for filing of Opposition with USDC; email from USDC with confirmation Opposition to Motion to Dismiss filed. | SNHW | 0.5 | 350.00 | $175.00 |
| 3 | 9/16/13 | Email to Randy and Attorney Schweickert regarding [email from USDC] and Motion for Fees | SNHW | 0.4 | 350.00 | $140.00 |
| 3 | 9/17/13 | Telephone conference with Attorney Schweickert regarding strategies on Motion for Fees | SNHW | 0.1 | 350.00 | $35.00 |
| 3 | 9/20/13 | Revise and finalize Motion for Fees | SNHW | 1.9 | 350.00 | $665.00 |
| | | **Total** | | 41.1 | | $14,385.00 |
| | | | | | | |
| 1 | 7/9/13 | Emails and confer with Attorney Wood to strategize motion to remand (understand background facts; identify grounds to remand; strategize arguments). | CJS | 0.3 | 300.00 | $90.00 |
| 1 | 7/10/13 | Prepare motion to remand (confer with Attorney Wood to identify and formulate key evidence and exhibits to present via declaration and strategize grounds for remand and points & authorities. | CJS | 0.8 | 300.00 | $240.00 |
| 1 | 7/12/13 | Research FRCP 15, 28 USC 1447, and Rutter CA Fed Civ Pro to determine effect of extension on remand motion; emails with Attorney Wood about same and attorney's fees request in motion. | CJS | 0.5 | 300.00 | $150.00 |
| 1 | 7/13/13 | Continue to prepare motion to remand (prepare introduction and arguments). | CJS | 0.6 | 300.00 | $180.00 |
| 1 | 7/14/13 | Research and analyze grounds for remand in Rutter CA Fed Civ Pro; prepare arguments (untimely removal, local defendant, diversity of citizenship, probate abstention) and draft points & authorities; email to Attorney Wood about same. | CJS | 3.4 | 300.00 | $1,020.00 |

| 1 | 7/15/13 | Further research grounds for remand and prepare arguments (burden of proof on respondents to prove proper removal; 28 USC 1332,1441,1442,1447 on removal/diversity/procedural defects; attorney's fees request; untimely removal; decedent's state as administrator's; federal abstention under probate exception); confer with Attorney Wood to strategize arguments. | CJS | 2.8 | 300.00 | $840.00 |
| 1 | 7/16/13 | Further prepare arguments (confer with Attorney Wood to analyze effect of Cynthia's joinder on diversity jurisdiction and refine arguments about local defendant, untimely removal, and probate exception abstention). | CJS | 0.2 | 300.00 | $60.00 |
| 1 | 7/17/13 | Further prepare motion to remand (revise/refine 0.00 arguments on diversity, untimely removal, local defendant, and probate exception); revise declaration of Attorney Wood and prepare exhibits; confer with Attorney Wood about arguments; Further prepare motion to remand (prepare TOA and TOC; research Judge Laporte's standing order; research local rules and conform motion to same; prepare statement of issues; prepare notice of motion; finalize declaration; finalize motion; email to Attorney Wood). | CJS | 5.7 | 300.00 | $1,710.00 |
| 1 | 7/18/13 | Prepare declaration supporting request for attorney's fees; revise and finalize documents and exhibits for filing; confer with Attorney Wood to finalize motion. | CJS | 1.6 | 300.00 | $480.00 |
| 1 | 7/19/13 | Finalize points &authorites: refine/finalize factual statements and Wood declaration; confirm judge's standing orders and local rules regarding motion submission requirements; confer with Attorney Wood to strategize arguments and refine fact statements; prepare requests for judicial notice; add citations for Cal. PrC 1220 service and CCP 350 intitation; skim case holdings, check citations, and prepare case summary parantheticals for 26 cited cases on removal procedure and burdens of proof, diversity jurisdiction, local defendant rule, and probate exception; integrate further points, quotes, and arguments from cited cases to brief; email to Attorney Wood about revisions. | CJS | 6.3 | 300.00 | $1,890.00 |
| 1 | 7/22/13 | Finalize motion for filing (confer with Attorney Wood to strategize findings in proposed order and finalize citations and parentheticals; emails with Kim about filing and chambers copy). | CJS | 0.7 | 300.00 | $210.00 |
| 1 | 8/5/13 | Review opposition to motion to remand and outline reply arguments | CJS | 0.3 | 300.00 | $90.00 |
| 1 | 8/6/13 | Analyze opposition to motion to remand and strategize response with Attorney Wood | CJS | 0.2 | 300.00 | $60.00 |
| 1 | 8/9/13 | Begin preparing reply to opposition to motion to remand: read and analyze opposition brief arguments; review motion brief; confer with Attorney Wood to analyze arguments, distill issues, and identify research issues; research and draft arguments on diversity (research/cite pleadings), further joinder not necessary (CCP 378-379, Barak 2006 case, CACIVP ch. 2-C and 9(1)-B), untimely removal under 1446(b) vs. (c) 30-day/1-year limits (Ritchey 1998 case on no i-year limit when initial case removable); lack of evidence of citizenship for local defendants rule. | CJS | 4.9 | 300.00 | $1,470.00 |

| 1 | 8/10/13 | Further prepare reply brief: examine 28 USC 1446 and recent amendments, Ritchey (1998) and citing cases, and Rutter CAFEDCIVP ch. 20-7 to draft arguments about untimely removal; research and draft arguments about waiver of federal removal; email to Attorney Wood about section 1446 timeliness issues; research PrC 1220, Rutter CAFEDCIVP ch. 3-D and 5-A, and Fed. Deposit (1992) and Broadcast (1987) cases to draft argument about service accomplished and objections waived; draft argument about legal rep of estate/trust as citizen of CA and Respondents' failure to meet burdens of proof; refine issues statement; check local rules 7-3 and 7-4 on reply brief requirements; email to Attorney Wood with latest draft and question about effect of change from trustee to personal claims. | CJS | 3.7 | 300.00 | $1,110.00 |
| 1 | 8/12/13 | Confer with Attorney Wood to revise brief and prepare arguments emphasizing Respondents' failure to meet burden of proof and conflation of diversity/local defendant rules; gather additional cites to record to support arguments; research and argue 28 USC 1332(c)(2) materials applying rule on citizenship for diversity in will cases to trust cases; analyze and and argue application of 1446(b), (c) untimely removal bar; check/summarize Brown v. Tokio case holding on same; final revisions to brief; finalize TOAITOC and submit brief for filing with copy to client. | CJS | 4.3 | 300.00 | $1,290.00 |
| 1 | 8/13/13 | Prepare authorities binder for motion argument; research LR 5-1 and 7-3 requirements and emails to submit proposed order for motion to remand to court and chambers copy; emails with Attorney Wood and research LR's, EDL's standing orders, and universal standing orders to determine tentative ruling procedure; identify, assemble, and summarize key cases, statutes, and materials for motion authorities binder for oral argument; confer with Kim to assemble same. | CJS | 2.1 | 300.00 | $630.00 |
| 1 | 8/29/13 | Strategize [] arguments for remand hearing and further fees request with Attorney Wood. | CJS | 0.1 | 300.00 | $30.00 |
| 1 | 9/16/13 | Analyze order granting motion to remand | CJS | 0.2 | 300.00 | $60.00 |
| 2 | 8/5/13 | Strategize reponse to motion to dismiss and hearing continuance issues with Attorney Wood and research CAND local rules (Rutter CAFEDCIVP ch. 12-C) on response deadline and continuance procedure | CJS | 0.3 | 300.00 | $90.00 |
| 2 | 8/6/13 | Emails about rescheduling hearings; research California Northern District (CAND) local rules on stipulation/notice/order requirements for same and email results to Attorney Wood; prepare stipulation to continue hearings on motion to remand and motion to dismiss | CJS | 0.6 | 300.00 | $180.00 |
| 2 | 9/16/13 | Emails and voicemails with Attorney Wood to strategize opposition to motion to dismiss; prepare opposition to motion and email to Attorney Wood | CJS | 0.5 | 300.00 | $150.00 |
| 3 | 9/19/13 | Prepare motion for fees (confer with Attorney Wood to strategize motion; prepare points & authorities; prepare declaration) | CJS | 2.1 | 300.00 | $630.00 |
| 3 | 9/20/13 | Further prepare motion for fees (further prepare points & authorities and declaration of Attorney Wood; prepare fees detail breakdown) | CJS | 4.3 | 300.00 | $1,290.00 |
| | | **Total** | | 46.5 | | $13,950.00 |

Fong/Trust
Fees for Respondent BEEHLER's removal
**Exhibit B-3 - Sort by Attorney**

1   Steven N.H. Wood, Esq. (CA SBN 161291)
    **BERGQUIST, WOOD, McINTOSH & SETO, LLP**
2   1470 Maria Lane, Suite 300
    Walnut Creek, CA 94596
3   Telephone:    (925) 938-6100
    Facsimile:    (925) 938-4354
4
    Attorneys for Petitioner RANDOLPH FONG
5

6

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11

12  In the Matter of the FONG FAMILY          Case No. C13-03021 EDL
    LIVING TRUST dated June 15, 1993
13                                            **[Proposed] ORDER FOR FEES FOR**
                                             **REMAND REMAND**
14  RANDOLPH FONG, Beneficiary,
                                             Date:        October 29, 2013
15       Petitioner,                         Time:        9:00 a.m.
                                             Courtroom:   Courtroom E – 15th Floor
16  vs.                                      Judge:       Honorable Elizabeth D. Laporte

17  PATRICIA BEEHLER, as Co-Trustee
    and individually; and ROBERT FONG,
18  as Co-Trustee and individually,

19       Respondents.

20

21       The motion by petitioner RANDOLPH FONG for fees for remand of this case to the

22  California state probate court following Respondent PATRICIA BEEHLER's removal came on

23  regularly for hearing on October 29, 2013, Judge Elizabeth Laporte, presiding. Petitioner

24  RANDOLPH FONG appeared by attorney Steven N. H. Wood, Esq. Co-Petitioner CYNTHIA

25  FONG appeared by attorney Thomas C. Tagliarini, Esq. Respondents PATRICIA BEEHLER and

26  ROBERT FONG appeared by attorney David Brillant, Esq.

27

28

After reviewing the moving and opposition papers, and evidence and argument submitted by counsel, and upon proof being made to the satisfaction of the court, and good cause appearing therefor,

THE COURT FINDS:

1. Petitioner RANDOLPH FONG incurred $_____ in fees relating to Respondent PATRICIA BEEHLER's removal.

IT IS HEREBY ORDERED THAT:

1. Respondent PATRICIA BEEHLER shall pay the sum of $_____ to Petitioner RANDOLPH FONG as just costs and expenses incurred as a result of the removal (28 U.S.C. § 1447(c)).

Dated: _____, 2013      _____
                                    UNITED STATES MAGISTRATE JUDGE